

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

August 4, 2020

## NOTICE OF DOCKETING

**Federal Circuit Docket No.:** 2020-2118

**Federal Circuit Short Title:** Luminati Networks Ltd. v. BI Science (2009) Ltd.

**Date of Docketing:** August 4, 2020

**Originating Tribunal:** United States District Court for the Eastern District of Texas

**Originating Case No.:** 2:18-cv-00483-JRG

**Appellant:** BI Science (2009) Ltd.

   A notice of appeal has been filed and assigned the above Federal Circuit case number. The court's official caption is included as an attachment to this notice. Unless otherwise noted in the court's rules, the assigned docket number and official caption or short title must be included on all documents filed with this Court. It is the responsibility of all parties to review the Rules for critical due dates. The assigned deputy clerk is noted below and all case questions should be directed to the Case Management section at (202) 275-8055.

   The following documents are due within 14 days of this notice:

- [Entry of Appearance](#) or [Notice of Unrepresented Person Appearance](#). (Fed. Cir. R. 47.3.)
- [Certificate of Interest](#). (Fed. Cir. R. 47.4; not required for unrepresented and federal government parties unless disclosing information under Fed. Cir. R. 47.4(a)(6))
- [Docketing Statement](#). Note: The Docketing Statement is due in 30 days if the United States or its officer or agency is a party in the appeal. (Fed. Cir. R. 33.1 and the [Mediation Guidelines](#); no docketing statement is required in cases with an unrepresented party)
- [Statement Concerning Discrimination](#) in MSPB or arbitrator cases. (Fed. Cir. R. 15(c); completed by petitioner only)

**PARTY FILING AND CONTACT INFORMATION:** Each counsel representing a party must be a member of the court's bar and registered for the court's electronic filing system. Fed. Cir. R. 25(a). Attorneys whose contact information has changed must make all changes through their PACER service center profile and file an amended Entry of Appearance.

Unrepresented parties must submit documents intended for filing to the court in paper. Unrepresented parties changing contact information must submit an amended Notice of Unrepresented Person Appearance with the new contact information. Unrepresented parties registered to receive notices of docket activity must also update their PACER service center profile.

**OFFICIAL CAPTION:** The court's official caption is attached and reflects the lower tribunal's caption pursuant to Fed. R. App. P. 12(a), 15(a), and 21(a). Please review the caption carefully and promptly advise this court in writing of any improper or inaccurate designations.

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

By: K. Heidrick, Deputy Clerk

**Attachments:**

- Official caption
- Paper Copies of General Information and Forms (to unrepresented parties only):
    - General Information and Overview of a Case in the Federal Circuit
    - Notice of Unrepresented Person Appearance
    - Informal Brief
    - Informal Reply Brief (to be completed only after receiving the opposing party's response brief)
    - Motion and Affidavit for Leave to Proceed in Forma Pauperis (only to filers owing the docketing fee)
    - Supplemental in Forma Pauperis Form for Prisoners (only to filers in a correctional institution)
    - Statement Concerning Discrimination (only to petitioners in MSPB or arbitrator case)

**cc:** United States District Court for the Eastern District of Texas

## Official Caption

**LUMINATI NETWORKS LTD.,**
*Plaintiff-Appellee*

v.

**BI SCIENCE (2009) LTD., BI Science Inc.,**
*Defendant-Appellant*

## Short Caption

Luminati Networks Ltd. v. BI Science (2009) Ltd.