NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**LUMINATI NETWORKS LTD.,**
*Plaintiff-Appellee*

v.

**BI SCIENCE (2009) LTD.,**
*Defendant-Appellant*

**BI SCIENCE INC.,**
*Defendant*

2020-2118

Appeal from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

**O R D E R**

Upon consideration of the district court's judgment,

IT IS ORDERED THAT:

Absent objection within seven days of the date of filing of this order, the court will revise the caption as reflected above to designate BI Science Inc. as a defendant.

2         LUMINATI NETWORKS LTD. v. BI SCIENCE (2009) LTD.

FOR THE COURT

| | |
|---|---|
| <u>August 13, 2020</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |

s32