# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2020-2118

**Short Case Caption:** Luminati Networks Ltd. v. BI Science (2009) Ltd.

---

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's *Manage My Account*. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

---

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Luminati Networks Ltd.

| **Principal Counsel:** Korula T. Cherian | Admission Date: 10/17/1989 |
|---|---|

| Firm/Agency/Org.: RuyakCherian LLP |
|---|

| Address: 1936 University Ave., Ste. 350, Berkeley, CA 94702 |
|---|

| Phone: 510-681-4096 | Email: sunnyc@ruyakcherian.com |
|---|---|

| **Other Counsel:** Robert M. Harkins, Jr. | Admission Date: 7/21/2001 |
|---|---|

| Firm/Agency/Org.: RuyakCherian LLP |
|---|

| Address: 1936 University Ave., Ste. 350, Berkeley, CA 94702 |
|---|

| Phone: 510-944-0187 | Email: bobh@ruyakcherian.com |
|---|---|

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 8/18/20

Signature: /s/ Korula T. Cherian

Name: Korula T. Cherian

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Ronald R Wielkopolski | Admission Date: 7/16/2013 |
|---|---|
| Firm/Agency/Org.: RuyakCherian LLP | |
| Address: 1901 L St NW, Ste. 700, Washington, DC 20036 | |
| Phone: 202-838-1568 | Email: ronw@ruyakcherian.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |