

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER                                CLERK'S OFFICE
CLERK OF COURT                                           202-275-8000

August 20, 2020

2020-2118 - Luminati Networks Ltd. v. BI Science (2009) Ltd.

## NOTICE OF NON-COMPLIANCE

Your submitted document (Entry of Appearance) is not in compliance with the rules of this court. Within <u>five</u> business days from the date of this notice, please submit a corrected version of this document correcting the following:

- The contact information for counsel Ronald R. Wielkopolski on the Entry of Appearance (EOA) does not match the information associated with counsel's user account. Please ensure the corrected EOA contains up-to-date contact information. If that information differs from counsel's user account, please also update counsel's contact information through the PACER Service Center. Fed. Cir. R. 25(a)(5).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in this document being stricken.</u> An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court
By: K. Heidrick, Deputy Clerk