

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

August 21, 2020

**NOTICE OF REVISED CAPTION**

Re: Luminati Networks Ltd. v. BI Science (2009) Ltd., Appeal No. 2020-2118

The court's official caption has been revised to reflect 08/13/2020 Order.

Please review the attached caption carefully and promptly advise this court in writing of any improper or inaccurate designations. The revised caption should be used on all future filings with the court. Previously submitted documents do not require correction.

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court

By: K. Heidrick, Deputy Clerk

Attachment: Revised Official Caption

## Official Caption

**LUMINATI NETWORKS LTD.,**
*Plaintiff-Cross-Appellant*

v.

**BI SCIENCE (2009) LTD.,**
*Defendant-Appellant*

**BI SCIENCE INC.,**
*Defendant*

## Short Caption

Luminati Networks Ltd. v. BI Science (2009) Ltd.