FORM 8A. Entry of Appearance                                                             Form 8A (p.1)
                                                                                                                                                                                               July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2020-2118

**Short Case Caption:** Luminati Networkds Ltd. v. BI Science (2009) Ltd.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Luminati Networkds Ltd.

| | | |
|---|---|---|
| **Principal Counsel:** Korula T. Cherian | Admission Date: | 10/17/1989 |
| Firm/Agency/Org.: RuyakCherian LLP | | |
| Address: 1936 University Ave., Ste 350, Berkeley, CA 94702 | | |
| Phone: 510-681-4096 | Email: sunnyc@ruyakcherian.com | |
| **Other Counsel:** Robert M. Harkins, Jr. | Admission Date: 7/21/2001 | |
| Firm/Agency/Org.: RuyakCherian LLP | | |
| Address: 1936 University Ave., Ste 350, Berkeley, CA 94702 | | |
| Phone: 510-944-0187 | Email: bobh@ruyakcherian.com | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 8/26/20                          Signature: /s/ Korula T. Cherian

                                                                                       Name: Korula T. Cherian