No. 20-2118, -2181

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**LUMINATI NETWORKS LTD.,**

*Plaintiff-Cross-Appellant*

v.

**BI SCIENCE (2009) LTD.,**

*Defendant-Appellant*

**BI SCIENCE INC.**

*Defendant.*

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

# JOINT RESPONSE TO COURT'S ORDER DEACTIVATING APPEAL

Korula T. Cherian
Robert Harkins
**RuyakCherian LLP**
1936 University Ave, Ste. 350
Berkeley, CA 94702
(510) 944-0190

Amadou Kilkenny Diaw
Ronald Wielkopolski
**RuyakCherian LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
(202) 838-1560

*Counsel for Plaintiff-Cross-Appellant*

Michael A. Charish
**Charish Law Group P.C.**
347 Fifth Avenue, Suite 1402
New York, New York 10016
646.328.0183

John Christopher Rozendaal
William H. Milliken
**Sterne Kessler Goldstein
 & Fox PLLC**
1100 New York Avenue, NW
Washington, DC 20005
202.371.2600

*Counsel for Defendant-Appellant*

On September 2, 2020, the Court entered an order deactivating the above-captioned appeals and granting the district court leave to resolve a pending Rule 60 motion. Dkt. 16 at 2. The Court further ordered that, "[w]ithin 14 days of the district court's ruling on that motion, the parties are directed to inform this Court how they believe these appeals should proceed." *Id.*

The district court granted the parties' Rule 60 motion and issued an Order and Corrected Final Judgment in this case on February 1, 2021. Appellant BI Science (2009) Ltd. and Cross-Appellant Luminati Networks Ltd. now accordingly submit the following joint proposal regarding how these appeals should proceed.

In order to avoid any doubt with respect to the Court's jurisdiction to hear the parties' appeals in this case, both Appellant and Cross-Appellant intend to file notices of appeal from the district court's Order and Corrected Final Judgment dated February 1, 2021. The parties suggest that, once the court dockets those appeals, the Court (i) reactivate the above-captioned appeals; (ii) consolidate the above-captioned appeals with the later-filed appeals from the district court's corrected final judgment; and (iii) order briefing to proceed according to the briefing schedule that would otherwise apply to the later-filed appeals.

Dated:  February 16, 2021

/s/ *Korula T. Cherian*
Korula T. Cherian
Robert Harkins
**RuyakCherian LLP**
1936 University Ave, Ste. 350
Berkeley, CA  94702
(510) 944-0190

Amadou Kilkenny Diaw
Ronald Wielkopolski
**RuyakCherian LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
(202) 838-1560

*Counsel for Plaintiff-*
*Cross-Appellant*

Respectfully submitted,

 /s/ *John Christopher Rozendaal*
Michael A. Charish
**Charish Law Group P.C.**
347 Fifth Avenue, Suite 1402
New York, New York 10016
646.328.0183

John Christopher Rozendaal
William H. Milliken
**Sterne Kessler Goldstein**
  **& Fox PLLC**
1100 New York Avenue, NW
Washington, DC 20005
202.371.2600

*Counsel for Defendant-Appellant*
*BI Science (2009) Ltd.*