NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**LUMINATI NETWORKS LTD.,**
*Plaintiff-Cross-Appellant*

v.

**BI SCIENCE (2009) LTD.,**
*Defendant-Appellant*

**BI SCIENCE INC.,**
*Defendant*

---

2020-2118, -2181, 2021-1664, -1667

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

---

### O R D E R

The parties submit a joint response to this court's September 2, 2020 order deactivating Appeal Nos. 2020-2118, -2181. The parties request that the court reactivate those appeals, consolidate them with the later-filed appeals from the district court's corrected final judgment, and order briefing to proceed according to the briefing schedule that would otherwise apply to the later-filed appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Appeal Nos. 2020-2118, -2181 are reactivated and consolidated with Appeal Nos. 2021-1664 and 2021-1667. The revised official caption is reflected above. Appeal Nos. 2020-2181 and 2021-1667 are designated cross-appeals.

(2) BI Science (2009) Ltd.'s principal brief in the consolidated appeals is due no later than April 19, 2021.

FOR THE COURT

| February 25, 2021 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |

s32