FORM 26. Docketing Statement                                    Form 26 (p. 1)
                                                                  July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 20-2118, -2181, 2021-1664, -1667

**Short Case Caption:** Luminati Networks Ltd. v. BI Science (2009) Ltd.

**Filing Party/Entity:** Appellant BI Science (2009) Ltd.

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| U.S.D.C. for E.D. Tex. | 2:18-cv-00483-JRG | Patent Infringement |

**Relief sought on appeal:** ☐ None/Not Applicable

For its appeal, BI Science seeks reversal of the district court's rulings adverse to BI Science, including but not limited to its finding of a valid, binding settlement agreement and its order denying in part BI Science's motion to dismiss and, in the alternative, transfer venue.
For Luminati's cross-appeal, BI Science seeks affirmance of the district court's finding that claim 108 of U.S. Patent No. 9,241,044 is invalid as indefinite.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Regarding BI Science's appeal, the district court found, among other things, a valid, binding settlement agreement between the parties. The district court also denied in part BI Science's motion to dismiss and, in the alternative, transfer venue.
Regarding Luminati's cross-appeal, the district court found claim 108 of the '044 patent to be invalid as indefinite.

**Briefly describe the judgment/order appealed from:**

BI Science appeals from the district court's Order and Corrected Final Judgment (Dkt. No. 254) and any ruling or order adverse to BI Science that is contained in, is subsumed by, or preceded the Order and Corrected Final Judgment.
Luminati cross-appeals from the Order and Corrected Final Judgment and the court's Claim Construction Order (Dkt. No. 130).

**Nature of judgment (select one):**         **Date of judgment:** 2/1/21

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

FORM 26. Docketing Statement                                     Form 26 (p. 2)
                                                                    July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

Issues to be raised on appeal: ☐ None/Not Applicable

For BI Science's appeal, whether the district court erred in its rulings adverse to BI Science, including but not limited to its rulings finding a valid, binding settlement agreement between the parties and denying in part BI Science's motion to dismiss and, in the alternative, transfer venue. For Luminati's cross-appeal, whether the district court's finding that claim 108 of the '044 patent is invalid as indefinite should be affirmed.

Have there been discussions with other parties relating to settlement of this case?
☑ Yes  ☐ No

If "yes," when were the last such discussions?
  ☐ Before the case was filed below
  ☑ During the pendency of the case below
  ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☑ Yes   ☐ No

If they were mediated, by whom?

William Joseph Cornelius

Do you believe that this case may be amenable to mediation? ☑ Yes   ☐ No

Explain.

An issue on appeal is whether the prior mediation resulted in a binding settlement agreement. Although BI Science takes the position that the parties did not reach a final and binding agreement, BI Science is open to the possibility of a negotiated settlement.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

None.

Date: 3/4/21                    Signature: /s/ Michael A. Charish
                                Name:      Michael A. Charish

Save for Filing