2020-2118, -2181, 2021-1664, -1667

# UNITED STATES COURT OF APPEALS FOR THE
# FEDERAL CIRCUIT

**LUMINATI NETWORKS LTD.,**

*Plaintiff-Cross-Appellant*

v.

**BI SCIENCE (2009) LTD.,**

*Defendant-Appellant*

**BI SCIENCE INC.,**

*Defendant.*

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

# APPELLANT'S CERTIFICATE OF COMPLIANCE
# WITH FEDERAL RULE OF APPELLATE PROCEDURE 10(b)(1)(B)

Pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B), counsel for Appellant BI Science (2009) Ltd. hereby certifies that no transcript will be ordered because the transcript is already on file.

Dated: March 4, 2021　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　 /s/ *John Christopher Rozendaal*
　　　　　　　　　　　　　　　　John Christopher Rozendaal
　　　　　　　　　　　　　　　　William H. Milliken
　　　　　　　　　　　　　　　　**Sterne Kessler Goldstein**
　　　　　　　　　　　　　　　　 **& Fox PLLC**
　　　　　　　　　　　　　　　　1100 New York Avenue, NW
　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　202.371.2600

　　　　　　　　　　　　　　　　Michael A. Charish
　　　　　　　　　　　　　　　　**Charish Law Group P.C.**
　　　　　　　　　　　　　　　　347 Fifth Avenue, Suite 1402
　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　646.328.0183

　　　　　　　　　　　　　　　　*Counsel for Appellant*
　　　　　　　　　　　　　　　　*BI Science (2009) Ltd.*