FORM 26. Docketing Statement                                    Form 26 (p. 1)
                                                                July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2020-2118, -2181, 2021-1664, -1667

**Short Case Caption:** Luminati Networks Ltd. v. BI Science (2009) Ltd.

**Filing Party/Entity:** Luminati Networks Ltd.

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| U.S. Dist. Ct., E.D. Texas | 2:18-cv-00483 | Patent Litigation |

**Relief sought on appeal:** ☐ None/Not Applicable

Reversal of district court finding that claim 108 of U.S. Patent No. 9,241,044 ("'044 Patent") is indefinite. Affirmance of remainder of Final Judgment and other Orders.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

The Corrected Final Judgment confirmed the Final Arbitration Award and finding that the Settlement Agreement is a valid, binding agreement between the parties and incorporated the Settlement Agreement and Arbitration Award for all purposes, and also found claim 108 of the '044 Patent indefinite.

**Briefly describe the judgment/order appealed from:**

Luminati appeals the Claim Construction order (ECF 130), and the Final Judgment to the extent it includes the Claim Construction Order's finding of indefiniteness with regard to claim 108 of the '044 Patent.

**Nature of judgment (select one):**            **Date of judgment:** 2/1/21

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☑ Other (explain)                          Claim Construction Order (ECF 130)

FORM 26. Docketing Statement                                      Form 26 (p. 2)
                                                                    July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

Issues to be raised on appeal:  ☐ None/Not Applicable

Whether claim 108 of the '044 Patent is indefinite.

Have there been discussions with other parties relating to settlement of this case?
☑ Yes   ☐ No

If "yes," when were the last such discussions?
☐ Before the case was filed below
☑ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☑ Yes   ☐ No

If they were mediated, by whom?

William Joseph Cornelius

Do you believe that this case may be amenable to mediation? ☐ Yes   ☑ No
Explain.

While the parties entered a mediated settlement agreement on February 23, 2020, Defendant/Appellant subsequently disputed the validity of the agreement, which is the subject of Appellant's appeal.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

N/A

Date: 3/4/21                    Signature:  /s/ Korula T. Cherian
                                Name:       Korula T. Cherian

Save for Filing