2020-2118, -2181, 2021-1664, -1667

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### LUMINATI NETWORKS LTD.,

*Plaintiff-Cross-Appellant*

**v.**

### BI SCIENCE (2009) LTD.,

*Defendant-Appellant*

### BI SCIENCE INC.,

*Defendant.*

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

## APPELLANT'S SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE PRINCIPAL BRIEF TO RESOLVE CONFIDENTIALITY ISSUES

Pursuant to Federal Circuit Rule 26(b)(4), Appellant BI Science (2009) Ltd. respectfully moves for a second five-day extension of time to file its principal brief for the purpose of resolving confidentiality issues.

BI Science previously requested, and was granted, a five-day extension for the same purpose. *See* Dkt. No. 27. As explained in BI Science's first motion (Dkt. No. 27), BI Science's principal brief extensively discusses and quotes the district court's sealed Order and Corrected Final Judgment and its attachments. As a result, it presently exceeds this Court's 15-word limit on confidential markings. *See* Fed. Cir. R. 25.1(d)(1)(A). In accordance with Federal Circuit Rule 25.1(c)(2), on April 30, 2021, BI Science and Cross-Appellant Luminati Networks Ltd. (now known as Bright Data Ltd.) jointly moved the district court to unseal those documents in their entirety so that the parties can freely discuss and cite them in their appellate briefs and, eventually, at oral argument. *See* Dkt. No. 26, Ex. A. That motion is still pending in the district court. *See* Ex. 1, Declaration of John Christopher Rozendaal, ¶ 2.

BI Science's principal brief is currently due on May 10, 2021. BI Science respectfully moves for a second extension of time under Federal Circuit Rule 26(b)(4), which would result in a revised due date of May 17, 2021. The additional time is needed to allow the district court to consider the parties' joint motion, which, if granted, will resolve the confidentiality issues described above. *See* Ex. 1,

¶ 2. Counsel for Cross-Appellant Luminati Networks Ltd. has indicated that they do not oppose this motion and do not plan to file a response.

For the foregoing reasons, BI Science respectfully requests an extension of time, to and including May 17, 2021, to file its principal brief.

Dated:  May 10, 2021

Respectfully submitted,

 /s/ *John Christopher Rozendaal*
John Christopher Rozendaal
William H. Milliken
**Sterne Kessler Goldstein
 & Fox PLLC**
1100 New York Avenue, NW
Washington, DC 20005
202.371.2600

Michael A. Charish
**Charish Law Group P.C.**
347 Fifth Avenue, Suite 1402
New York, New York 10016
646.328.0183

*Counsel for Appellant*
*BI Science (2009) Ltd.*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

| | |
|---|---|
| **Case Number** | 2020-2118, -2181, 2021-1664, -1667 |
| **Short Case Caption** | Luminati Networks Ltd. v. BI Science (2009) Ltd. |
| **Filing Party/Entity** | Appellant BI Science (2009) Ltd. |

**Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 04/06/2021

Signature:     /s/ John Christopher Rozendaal

Name:          John Christopher Rozendaal

FORM 9. Certificate of Interest

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities.  Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| BI Science (2009) Ltd. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| Findlay Craft PC: Eric H. Findlay | Findlay Craft PC: Kelce S. Wilson | Love Law Firm PC: Gregory P. Love |
| Findlay Craft PC: Robert B. Craft | Liston Abramson LLP: Ronald Abramson | |
| Findlay Craft PC: Debra E. Gunter | Liston Abramson LLP: Mord M. Lewis | |

**5. Related Cases.**  Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal.  Do not include the originating case number(s) for this case.  Fed. Cir. R. 47.4(a)(5).  See also Fed. Cir. R. 47.5(b).

☐   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| Luminati Networks Ltd. v. BI Science (2009) Ltd., No. 2:19-cv-352 (E.D. Tex.) | BI Science (2009) Ltd. a/k/a BIScience Inc. v. Luminati Networks Ltd., IPR2020-00166 (PTAB) | |
| Luminati Networks Ltd. v. BI Science (2009) Ltd., No. 2:19-cv-397 (E.D. Tex.) | BI Science (2009) Ltd. a/k/a BIScience Inc. v. Luminati Networks Ltd., IPR2020-00167 (PTAB) | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# Exhibit 1

**DECLARATION OF JOHN CHRISTOPHER ROZENDAAL
IN SUPPORT OF APPELLANT'S SECOND UNOPPOSED
MOTION TO EXTEND TIME TO FILE PRINCIPAL BRIEF
TO RESOLVE CONFIDENTIALITY ISSUES**

_____

I, John Christopher Rozendaal, hereby declare:

1.      I am a Director at Sterne, Kessler, Goldstein & Fox and counsel for Appellant BI Science (2009) Ltd. in this appeal.  I submit this declaration in support of BI Science's motion to extend time to file its principal brief to resolve confidentiality issues.

2.      The additional time requested by BI Science is for the purpose of resolving confidentiality issues. The district court's Order and Corrected Final Judgment and its attachments are currently under seal in their entirety. BI Science's principal brief extensively discusses and quotes those documents. As a result, the brief exceeds this Court's 15-word limit on confidential markings. *See* Fed. Cir. R. 25.1(d)(1)(A). BI Science and Cross-Appellant Luminati Networks Ltd. (now known as Bright Data Ltd.) have jointly moved the district court to unseal those documents in their entirety so that the parties can freely discuss and cite them in their appellate briefs and, eventually, at oral argument. That motion is still pending in the district court. If granted, the joint motion would resolve the confidentiality issues described above.

3.      This request is not being made for the purposes of undue delay.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 10, 2021                    /s/ *John Christopher Rozendaal*
                                        John Christopher Rozendaal

**FORM 19. Certificate of Compliance with Type-Volume Limitations**

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS</u>

**Case Number:**   2020-2118, -2181, 2021-1664, -1667

**Short Case Caption:**   Luminati Networks Ltd. v. BI Science (2009) Ltd.

---

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

---

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑   the filing has been prepared using a proportionally-spaced typeface and includes  290        words.

☐   the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐   the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 05/10/2021          Signature:   /s/ John Christopher Rozendaal

                          Name:     John Christopher Rozendaal