2020-2118, -2181, 2021-1664, -1667

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### LUMINATI NETWORKS LTD.,

*Plaintiff-Cross-Appellant*

**v.**

### BI SCIENCE (2009) LTD.,

*Defendant-Appellant*

### BI SCIENCE INC.,

*Defendant.*

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

## APPELLANT'S MOTION TO WAIVE CONFIDENTIALITY REQUIREMENTS

Pursuant to Federal Circuit Rule 25.1(d)(3), Appellant BI Science (2009) Ltd. respectfully requests that the Court temporarily waive the confidentiality requirements set forth in Federal Circuit Rule 25.1(d)(1)(A) and permit BI Science to include more than fifteen confidential words in its principal brief (filed contemporaneously with this motion).

As explained in BI Science's motions to extend time to resolve confidentiality issues (Dkt. Nos. 26, 28), BI Science's principal brief extensively discusses and quotes the district court's sealed Order and Corrected Final Judgment and its attachments, which were issued under seal because they contain material subject to the Protective Order in the case. As a result, the brief includes 417 unique confidential words, exceeding this Court's 15-word limit on confidential markings. *See* Fed. Cir. R. 25.1(d)(1)(A). The district court's final judgment and its attachments are critical to BI Science's positions on appeal, and BI Science will be denied the opportunity to fully develop its arguments if it cannot discuss them in its brief.

In accordance with Federal Circuit Rule 25.1(c)(2), on April 30, 2021, BI Science and Cross-Appellant Luminati Networks Ltd. (now known as Bright Data Ltd.) jointly moved the district court to unseal the final judgment and its attachments in their entirety so that the parties may discuss and quote those documents in their public appellate briefs. Dkt. No. 26, Ex. A. That motion is still

pending in the district court. BI Science sought (and has been granted) two five-day extensions of time in which to file its opening brief in an effort to resolve the confidentiality issues prior to filing, in the hopes that the parties' joint motion would obviate the need for a confidential filing. *See* Dkt. Nos. 26, 28. The district court has not yet ruled on the joint motion, however, so the material in question remains subject to a protective order. Rather than request an additional extension of time, and so that BI Science may timely file its brief and ensure compliance with the protective order in the district court case, BI Science respectfully requests that the Court temporarily waive the confidentiality requirements of Federal Circuit Rule 25.1(d)(1)(A). If and when the parties' joint motion to unseal is granted by the district court, BI Science will promptly file a corrected version of its principal brief that complies with Federal Circuit Rule 25.1(d)(1)(A).

Counsel for BI Science contacted counsel for Cross-Appellant regarding the relief sought in this motion but did not receive a response.

Dated:  May 17, 2021

Respectfully submitted,

 /s/ *Michael A. Charish*
Michael A. Charish
**Charish Law Group P.C.**
347 Fifth Avenue, Suite 1402
New York, New York 10016
646.328.0183

John Christopher Rozendaal
William H. Milliken
**Sterne Kessler Goldstein**
 **& Fox PLLC**
1100 New York Avenue, NW
Washington, DC 20005
202.371.2600

*Counsel for Appellant*
*BI Science (2009) Ltd.*

Form 9 (p. 1)
                                                                                   July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

**Case Number**  2020-2118, -2181, 2021-1664, -1667

**Short Case Caption**  Luminati Networks Ltd. v. BI Science (2009) Ltd.

**Filing Party/Entity**  Appellant BI Science (2009) Ltd.

---

**Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 04/06/2021

Signature:  /s/ John Christopher Rozendaal

Name:  John Christopher Rozendaal

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| BI Science (2009) Ltd. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐  Additional pages attached

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐  None/Not Applicable          ☐  Additional pages attached

| | | |
|---|---|---|
| Findlay Craft PC: Eric H. Findlay | Findlay Craft PC: Kelce S. Wilson | Love Law Firm PC: Gregory P. Love |
| Findlay Craft PC: Robert B. Craft | Liston Abramson LLP: Ronald Abramson | |
| Findlay Craft PC: Debra E. Gunter | Liston Abramson LLP: Mord M. Lewis | |

**5. Related Cases.**  Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal.  Do not include the originating case number(s) for this case.  Fed. Cir. R. 47.4(a)(5).  See also Fed. Cir. R. 47.5(b).

☐  None/Not Applicable          ☐  Additional pages attached

| | | |
|---|---|---|
| Luminati Networks Ltd. v. BI Science (2009) Ltd., No. 2:19-cv-352 (E.D. Tex.) | BI Science (2009) Ltd. a/k/a BIScience Inc. v. Luminati Networks Ltd., IPR2020-00166 (PTAB) | |
| Luminati Networks Ltd. v. BI Science (2009) Ltd., No. 2:19-cv-397 (E.D. Tex.) | BI Science (2009) Ltd. a/k/a BIScience Inc. v. Luminati Networks Ltd., IPR2020-00167 (PTAB) | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑  None/Not Applicable          ☐  Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:**  2020-2118, -2181, 2021-1664, -1667

**Short Case Caption:**  Luminati Networks Ltd. v. BI Science (2009) Ltd.

> **Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑    the filing has been prepared using a proportionally-spaced typeface and includes  368  words.

☐    the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐    the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 05/17/2021

Signature:  /s/ Michael A. Charish

Name:  Michael A. Charish