

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

June 1, 2021

2020-2118 - Luminati Networks Ltd. v. BI Science (2009) Ltd.

# NOTICE OF NON-COMPLIANCE

Your submitted documents (COI, Response) are not in compliance with the rules of this court. Within <u>five</u> business days from the date of this notice, please submit corrected versions of these document correcting the following:

- The document is filed on behalf of a party that is not participating in the appeal, has no appellate designation, or is otherwise not included on the official caption. A motion to modify the official caption or leave to intervene is required to add a non-party to the appeal. A motion to substitute parties is required to replace one party with another. Fed. R. App. P. 12(a); Fed. Cir. R. 15(b)(4). Refer to Practice Notes to Rule 12 and 15.

  *[Clerk's Note: "Now known as Bright Data Ltd." is not a part of the official caption.]*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in this document being stricken.</u> An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court
By: K. Heidrick, Deputy Clerk