2020-2118, -2181, 2021-1664, -1667

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### LUMINATI NETWORKS LTD.,
*Plaintiff-Cross-Appellant*

**v.**

### BI SCIENCE (2009) LTD.,
*Defendant-Appellant*

### BI SCIENCE INC.,
*Defendant*

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

## APPELLEE'S MOTION TO MODIFY THE CASE CAPTION TO REFLECT NAME CHANGE

Appellee and Cross-Appellant Luminati Networks Ltd., now known as Bright Data Ltd., respectfully moves for an order changing the case caption to reflect a name change from Luminati Networks Ltd. to Bright Data Ltd. in this action. Appellant BI Science (2009) Ltd. does not oppose the relief requested in this motion.

### FACTS

Appellee and Cross-Appellant Luminati Networks Ltd. filed a Certificate of Change of Company Name[1] with the State of Israel in which Luminati changed its name to Bright Data Ltd., effective March 14, 2021.  Appellee and Cross Appellant Luminati Networks Ltd., now known as Bright Data Ltd., agrees that this unopposed motion merely reflects the above-noted change of corporate name and does not affect any substantive issue in this case.

### CONCLUSION

Appellee and Cross Appellant Luminati Networks Ltd., now known as Bright Data Ltd., hereby respectfully moves for an order that the caption of the case be changed to the following:

---

[1] *See* Exhibit A (Certificate of Change of Company Name); Exhibit B (Certified Translation of Exhibit A).

1

**Proposed Caption**

**BRIGHT DATA LTD.,**
*Plaintiff-Cross-Appellant*

**v.**

**BI SCIENCE (2009) LTD.,**
*Defendant-Appellant*

**BI SCIENCE INC.,**
*Defendant*

**Proposed Short Caption**

Bright Data Ltd. v. BI Science (2009) Ltd.

Dated:  June 7, 2021                        Respectfully submitted,

                                            By: */s/ Robert Harkins*

                                            Korula T. Cherian
                                            Robert Harkins
                                            **RuyakCherian LLP**
                                            1936 University Ave, Ste. 350
                                            Berkeley, CA 94704
                                            (510) 944-0190
                                            sunnyc@ruyakcherian.com
                                            bobh@ruyakcherian.com

                                            Ronald Wielkopolski
                                            **RuyakCherian LLP**
                                            1901 L St. NW, Suite 700
                                            Washington, DC 20036
                                            (202) 838-1568
                                            ronw@ruyakcherian.com

                                            *Attorneys for Appellee / Cross-Appellant Luminati Networks Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2021, I electronically filed the foregoing APPELLEE'S MOTION TO MODIFY THE CASE CAPTION TO REFLECT NAME CHANGE with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit using the Court's CM/ECF system, which will also effect service on all counsel of record.

*/s/ Robert Harkins*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

| | |
|---|---|
| **Case Number** | 2020-2118, -2181, 2021-1664, -1667 |
| **Short Case Caption** | Luminati Networks Ltd. v. BI Science (2009) Ltd. |
| **Filing Party/Entity** | Luminati Networks, Ltd. |

---

**Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date:  6/7/2021

Signature:  /s/ Korula T. Cherian

Name:  Korula T. Cherian

FORM 9. Certificate of Interest

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☐ None/Not Applicable |
| Luminati Networks Ltd. | | IPPN Group Ltd. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐  Additional pages attached

FORM 9. Certificate of Interest

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐  None/Not Applicable          ☐  Additional pages attached

| | | |
|---|---|---|
| Mann Tindel Thompson Law Group<br>300 West Main, Henderson, TX 75652 | James Mark Mann | Gregory Blake Thompson |
| Capshaw DeRieux, LLP<br>114 E. Commerce Ave., Gladewater, TX 75647 | Elizabeth L. DeRieux | S. Calvin Capshaw |
| RuyakCherian LLP<br>1901 L St. NW, Suite 700, Washington, DC 20036 | Amadou Kilkenny Diaw | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☑  None/Not Applicable          ☐  Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑  None/Not Applicable          ☐  Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:**   2020-2118, -2181, 2021-1664, -1667

**Short Case Caption:**   Luminati Networks Ltd. v. BI Science (2009) Ltd.

> **Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑   the filing has been prepared using a proportionally-spaced typeface and includes ____195____ words.

☐   the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐   the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 6/7/2021

Signature:   /s/ Robert Harkins

Name:   Robert Harkins

Save for Filing