2020-2118, -2181, 2021-1664, -1667

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**LUMINATI NETWORKS LTD.,**
*Plaintiff-Cross-Appellant*

v.

**BI SCIENCE (2009) LTD.,**
*Defendant-Appellant*

**BI SCIENCE INC.,**
*Defendant*

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

**DECLARATION OF RONALD WIELKOPOLSKI IN SUPPORT OF APPELLEE'S MOTION TO MODIFY THE CASE CAPTION TO REFLECT NAME CHANGE**

Pursuant to 28 U.S.C. § 1746, I, Ronald Wielkopolski, hereby declare as follows:

1. I am more than eighteen (18) years of age, and I am competent to make this declaration. I have personal knowledge of the facts stated herein, and would testify to such facts under oath if asked to do so.

2. I am an associate with the law firm of RuyakCherian LLP. I am counsel of record for Plaintiff-Cross-Appellant Luminati Networks Ltd., and submit this declaration in support of the Motion to Modify the Case Caption to Reflect Name Change.

3. Exhibit A is a true and correct copy of Luminati's Certificate of Change of Company Name.

4. Exhibit B is a true and correct copy of the Certified Translation of Luminati's Certificate of Change of Company Name.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 7, 2021, in Rockville, MD.

| | |
|---|---|
| Dated: June 7, 2021 | Respectfully submitted, |
| | By: */s/ Ronald Wielkopolski* |

Korula T. Cherian
Robert Harkins
**RuyakCherian LLP**
1936 University Ave, Ste. 350
Berkeley, CA 94704
(510) 944-0190
sunnyc@ruyakcherian.com
bobh@ruyakcherian.com

Ronald Wielkopolski
**RuyakCherian LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
(202) 838-1568
ronw@ruyakcherian.com

*Attorneys for Appellee / Cross-Appellant Luminati Networks Ltd.*