# EXHIBIT A

 

מדינת ישראל
משרד המשפטים - רשות התאגידים
רשם החברות והשותפויות

# תעודת שינוי שם של חברה

וזאת לתעודה כי החברה:

## לומינטי נטוורקס בע"מ
## LUMINATI NETWORKS LTD

שמספרה 514114842,

שינתה את שמה ומעתה תקרא בשם:

## ברייט דאטה בע"מ
## BRIGHT DATA LTD

**ניתנה בירושלים ביום:**
14/03/2021
א' ניסן תשפ"א



סיגל גולן עתיר, עו"ד
רשימת החברות

בוצע על ידי: הוליה כהן חממי , עו"ד