# EXHIBIT B

[Emblem:] The State of Israel    The State of Israel    [Logo:] The Corporations Authority
The Ministry of Justice – The Corporations Authority    The Registrar of Companies and
The Registrar of Companies and Partnerships    Partnerships

# Certificate of Change of Company Name

And this is to certify that the Company:

## Luminati Networks Ltd.

[Bilingual text]

**Whose number is 514114842,**

Has changed its name and will henceforth be known as:

## Bright Data Ltd.

[Bilingual text]

**Issued in Jerusalem on the day of:**

03/14/2021
1 of Nisan 5781

[Stamp]:
Ministry of Justice

[Emblem] :The State of Israel

The Registrar of Companies and Partnerships]

[Signature]
Sigal Golan Atir, Adv.
The Registrar of Companies

[logo]
The Corporations Authority
Confirmation that this digitally signed document constitutes a copy of a document (original or copy) existing on the day of the signature in the corporation's file at the Corporations Authority.

Executed by: Holia Cohen Hammami



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s):           Luminati-Name Change

Source Language(s):     Hebrew

Target Language(s):     English

*Authorized Signature:*

*Name:*   Adi Zekcher
*Title:*  Production Assistant
*Date:*   18Mar2021

Reason for signature: I approve the accuracy of this document content as written