2020-2118, -2181, 2021-1664, -1667

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### LUMINATI NETWORKS LTD.,
*Plaintiff-Cross-Appellant*

v.

### BI SCIENCE (2009) LTD.,
*Defendant-Appellant*

### BI SCIENCE INC.,
*Defendant.*

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

## APPELLEE'S RESPONSE TO MOTION TO WAIVE CONFIDENTIALITY REQUIREMENTS

Appellee and Cross-Appellant Luminati Networks Ltd. ("Luminati"),[1]

opposes Appellant BI Science (2009) Ltd.'s ("BI Science") motion to exceed the

Court's 15-word limit on confidential markings.  Luminati moved to unseal the

district court's final judgment as early as July 24, 2020.  *See Luminati Networks*

*Ltd. v. BI Science (2009) Ltd.*, No. 2:19-cv-483, Dkt. No. 224 (E.D. Tex. July 24,

2020) ("Motion to Make Final Judgment Public").  Notwithstanding pendency of

the instant appeal (*id.*, at Dkt. No. 228), Appellant BI Science (2009) Ltd. opposed

that motion (*id.*, at Dkt. No. 231, 240).

Having successfully delayed making the Final Judgment public and thereby

concealed its terms, BI Science then needed to make it public for purposes of its

own appeal.  Consequently, BI Science conceded the confidentiality issue and the

parties filed a pending joint motion to unseal order and corrected final judgment on

April 30, 2021 (*id.*, at Dkt. 276)—just two months after Bright Data's Motion to

Make Final Judgment Public was denied (*id.* at Dkt. No. 255).  BI Science

needlessly waited until the deadline for filing its principal appellate brief to

concede the confidentiality issue, rendering violation of Federal Circuit Rule

25.1(d)(1)(A) inevitable.

---

[1] On June 7, 2021, Luminati filed a consented Motion to Modify the Official
Caption to Reflect Name Change.  Dkt. No. 38.  As set forth therein, Appellee and
Cross-Appellant Luminati Networks Ltd. has changed its name to Bright Data Ltd.

This is a problem of BI Science's own making.  BI Science should have either agreed to unsealing the final judgment earlier, or else it should have limited redactions to fifteen words in accordance with the rules.  BI Science should not be permitted to take full advantage of its appeal while continuing to conceal the Final Judgment from the public.  In the alternative, should BI Science be permitted to exceed the word limitations on confidentiality of Federal Circuit Rule 25.1(d)(1)(A), Bright Data should also be permitted to exceed those limitations in its response.

Dated:  June 8, 2021

Respectfully submitted,

By: */s/ Robert Harkins*

Korula T. Cherian
Robert Harkins
**RuyakCherian LLP**
1936 University Ave, Ste. 350
Berkeley, CA 94704
(510) 944-0190
sunnyc@ruyakcherian.com
bobh@ruyakcherian.com

Ronald Wielkopolski
**RuyakCherian LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
(202) 838-1568
ronw@ruyakcherian.com

*Attorneys for Appellee / Cross-Appellant Luminati Networks Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 8, 2021, I electronically filed the foregoing APPELLEE'S RESPONSE TO MOTION TO WAIVE CONFIDENTIALITY REQUIREMENTS with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit using the Court's CM/ECF system, which will also effect service on all counsel of record.


*/s/ Robert Harkins*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

**Case Number** 2020-2118, -2181, 2021-1664, -1667

**Short Case Caption** Luminati Networks Ltd. v. BI Science (2009) Ltd.

**Filing Party/Entity** Luminati Networks, Ltd.

---

**Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 6/7/2021

Signature: /s/ Korula T. Cherian

Name: Korula T. Cherian

FORM 9. Certificate of Interest

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Luminati Networks Ltd. | | IPPN Group Ltd. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

FORM 9. Certificate of Interest

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐    None/Not Applicable            ☐    Additional pages attached

| | | |
|---|---|---|
| Mann Tindel Thompson Law Group<br>300 West Main, Henderson, TX 75652 | James Mark Mann | Gregory Blake Thompson |
| Capshaw DeRieux, LLP<br>114 E. Commerce Ave., Gladewater, TX 75647 | Elizabeth L. DeRieux | S. Calvin Capshaw |
| RuyakCherian LLP<br>1901 L St. NW, Suite 700, Washington, DC 20036 | Amadou Kilkenny Diaw | |

**5. Related Cases.**  Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal.  Do not include the originating case number(s) for this case.  Fed. Cir. R. 47.4(a)(5).  See also Fed. Cir. R. 47.5(b).

☑    None/Not Applicable            ☐    Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable            ☐    Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

FORM 19. Certificate of Compliance with Type-Volume Limitations

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2020-2118, -2181, 2021-1664, -1667

**Short Case Caption:** Luminati Networks Ltd. v. BI Science (2009) Ltd.

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes ___362___ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 6/8/2021

Signature: /s/ Robert Harkins

Name: Robert Harkins

Save for Filing