NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRIGHT DATA LTD.,**
*Plaintiff-Cross-Appellant*

**v.**

**BI SCIENCE (2009) LTD.,**
*Defendant-Appellant*

**BI SCIENCE INC.,**
*Defendant*

---

2020-2118, -2181, 2021-1664, -1667

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the cross-appellant's unopposed motion to modify the caption to reflect its name change from Luminati Networks Ltd. to Bright Data Ltd.,

IT IS ORDERED THAT:

(1)  The motion is granted.  The revised official caption and short caption are reflected in this order.

(2)  No later than five days from the date of filing of this order, Bright Data Ltd. is directed to file a corrected certificate of interest.

FOR THE COURT

June 09, 2021              /s/ Peter R. Marksteiner
Date                      Peter R. Marksteiner
                          Clerk of Court

s32