2020-2118, -2181, 2021-1664, -1667

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### BRIGHT DATA LTD.,

*Plaintiff-Cross-Appellant*

**v.**

### BI SCIENCE (2009) LTD.,

*Defendant-Appellant*

### BI SCIENCE INC.,

*Defendant.*

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

## APPELLANT'S OPPOSED MOTION TO WAIVE CONFIDENTIALITY REQUIREMENTS

Pursuant to Federal Circuit Rule 25.1(d)(3), Appellant BI Science (2009) Ltd. respectfully requests that the Court waive the confidentiality requirements set forth in Federal Circuit Rule 25.1(d)(1)(A) and permit BI Science to include more than fifteen confidential words in its Emergency Motion to Stay Enforcement of the District Court's Order and Final Judgment pending BI Science's appeal (filed contemporaneously with this motion). Counsel for Bright Data indicated that they oppose this motion.

BI Science's motion to stay extensively discusses and quotes the district court's sealed Order and Corrected Final Judgment and its attachments, which were issued under seal because they contain material subject to the Protective Order in the case. As a result, the motion includes 268 unique confidential words, exceeding this Court's 15-word limit on confidential markings. *See* Fed. Cir. R. 25.1(d)(1)(A). The district court's final judgment and its attachments form the basis of this appeal and are critical to BI Science's positions in its motion. BI Science will be denied the opportunity to fully develop its arguments for an immediate stay of enforcement of the final judgment if it cannot discuss the judgment and its attachments in its motion.

In accordance with Federal Circuit Rule 25.1(c)(2), on April 30, 2021, BI Science and Cross-Appellant Bright Data Ltd. jointly moved the district court to unseal the final judgment and its attachments in their entirety so that the parties

may discuss and quote those documents in their public appellate briefs and other public filings. Dkt. No. 26, Ex. A. That motion is still pending. Earlier in this appeal, BI Science was granted two five-day extensions of time to file its principal brief to allow for resolution of the same confidentiality issues. *See* Dkt. Nos. 26, 28. Upon expiration of the second extension of time, and with the motion to unseal still unresolved, BI Science filed its principal brief along with a motion to temporarily waive the confidentiality requirements of Federal Circuit Rule 25.1. In response to that motion, the Court stayed these consolidated proceedings pending the district court's decision on the parties' joint motion to unseal. Dkt. No. 44.

The district court has not yet ruled on the joint motion to unseal, so the material in question remains subject to a protective order. As explained in the accompanying emergency motion, BI Science urgently needs relief from this Court; therefore, BI Science cannot wait for the district court to rule on the motion to unseal before seeking an immediate stay of enforcement of the final judgment.

For these reasons, BI Science respectfully requests that the Court waive the confidentiality requirements of Federal Circuit Rule 25.1(d)(1)(A) and permit BI Science to include more than fifteen confidential words in its Emergency Motion to Stay Enforcement of the District Court's Order and Final Judgment.

Dated:  July 26, 2021                    Respectfully submitted,

                                         /s/ *Michael A. Charish*
                                         Michael A. Charish
                                         **Charish Law Group P.C.**
                                         347 Fifth Avenue, Suite 1402
                                         New York, New York 10016
                                         646.328.0183

                                         John Christopher Rozendaal
                                         William H. Milliken
                                         **Sterne Kessler Goldstein**
                                         **  & Fox PLLC**
                                         1100 New York Avenue, NW
                                         Washington, DC 20005
                                         202.371.2600

                                         *Counsel for Appellant*
                                         *BI Science (2009) Ltd.*

FORM 9. Certificate of Interest

Form 9 (p. 1)<br>July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

**Case Number** 2020-2118, -2181, 2021-1664, -1667

**Short Case Caption** Luminati Networks Ltd. v. BI Science (2009) Ltd.

**Filing Party/Entity** Appellant BI Science (2009) Ltd.

> **Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box.** Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 04/06/2021

Signature: /s/ John Christopher Rozendaal

Name: John Christopher Rozendaal

FORM 9. Certificate of Interest

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☑ None/Not Applicable |
| BI Science (2009) Ltd. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

FORM 9. Certificate of Interest

Form 9 (p. 3)
July 2020

---

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| Findlay Craft PC: Eric H. Findlay | Findlay Craft PC: Kelce S. Wilson | Love Law Firm PC: Gregory P. Love |
| Findlay Craft PC: Robert B. Craft | Liston Abramson LLP: Ronald Abramson | |
| Findlay Craft PC: Debra E. Gunter | Liston Abramson LLP: Mord M. Lewis | |

---

**5. Related Cases.**  Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal.  Do not include the originating case number(s) for this case.  Fed. Cir. R. 47.4(a)(5).  See also Fed. Cir. R. 47.5(b).

☐   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| Luminati Networks Ltd. v. BI Science (2009) Ltd., No. 2:19-cv-352 (E.D. Tex.) | BI Science (2009) Ltd. a/k/a BIScience Inc. v. Luminati Networks Ltd., IPR2020-00166 (PTAB) | |
| Luminati Networks Ltd. v. BI Science (2009) Ltd., No. 2:19-cv-397 (E.D. Tex.) | BI Science (2009) Ltd. a/k/a BIScience Inc. v. Luminati Networks Ltd., IPR2020-00167 (PTAB) | |
| | | |

---

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

FORM 19. Certificate of Compliance with Type-Volume Limitations          Form 19
                                                                          July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 20-2118

**Short Case Caption:** Bright Data Ltd. v. BI Science (2009) Ltd.

> **Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes __460__ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 07/26/2021

Signature: /s/ Michael A. Charish

Name: Michael A. Charish