NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRIGHT DATA LTD.,**
*Plaintiff-Cross-Appellant*

v.

**BI SCIENCE (2009) LTD.,**
*Defendant-Appellant*

**BI SCIENCE INC.,**
*Defendant*

---

2020-2118, -2181, 2021-1664, -1667

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

BI Science (2009) Ltd. submits a motion to stay the district court's February 1, 2021 final judgment pending appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

Any response to the motion shall be filed within five days of the date of filing of this order. Any reply must be filed no later than two days from the date of filing of the response.

FOR THE COURT

| July 27, 2021 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
|  | Clerk of Court |

s32