NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRIGHT DATA LTD.,**
*Plaintiff-Cross-Appellant*

v.

**BI SCIENCE (2009) LTD.,**
*Defendant-Appellant*

**BI SCIENCE INC.,**
*Defendant*

---

2020-2118, -2181, 2021-1664, -1667

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

---

**ON MOTION**

---

**O R D E R**

BI Science (2009) Ltd. submits a motion to waive the confidentiality requirements of Federal Circuit Rule 25.1(d)(1)(A) to include more than fifteen confidential words in its motion to stay the district court's February 1, 2021 final judgment pending appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

Any response to the motion to waive the confidentiality requirements shall be filed within five days of the date of filing of this order. Any reply must be filed no later than two days from the date of filing of the response.

FOR THE COURT

July 27, 2021  /s/ Peter R. Marksteiner
Date            Peter R. Marksteiner
                Clerk of Court

s32