2020-2118, -2181, 2021-1664, -1667

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### BRIGHT DATA LTD.,
*Plaintiff-Cross-Appellant*

**v.**

### BI SCIENCE (2009) LTD.,
*Defendant-Appellant*

### BI SCIENCE INC.,
*Defendant*

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

## APPELLEE'S UNOPPOSED MOTION IN THE ALTERNATIVE TO WAIVE CONFIDENTIALITY REQUIREMENTS

As set forth in a contemporaneously filed response, Appellee and Cross-Appellant Bright Data Ltd. ("Bright Data") opposes Appellant BI Science (2009) Ltd.'s ("BI Science") Motion to Waive Confidentiality Requirements (Dkt. No. 45). The Final Judgment remains sealed as a direct result of BI Science's own actions, and relief from Federal Circuit Rule 25.1(d)(1)(A) is therefore unwarranted. BI Science's Motion to Waive Confidentiality Requirements (Dkt. No. 45), should be denied.

However, in the alternative—to the extent that the Court waives confidentiality requirements and reaches the merits of BI Science's motion to stay—Bright Data hereby respectfully requests waiver of confidentiality requirements for the opposition as well. In order to respond to BI Science's motion, which quotes heavily from sealed portions of the proceedings below, Bright Data was required to reference the same material, as well as material from the District Court's April 13, 2020 hearing regarding the Settlement and July 1, 2021 hearing regarding BI Science's motion for stay, as well as a July 22, 2020 court order from an Israeli Court regarding the Entry of the Arbitration Award, all of which are under seal. These under seal filings are critical to Bright Data's response to BI Science's motion for stay as this material provides strong evidence against BI Science's motion for a stay of the Final Judgment, and BI Science failed

to address them in its motion.  As a result, Bright Data's opposition includes 108 unique confidential words.

For these reasons, to the extent that the Court waives confidentiality requirements for BI Science's motion to stay, Bright Data respectfully requests waiver of confidentiality requirements for the response as well.  BI Science does not oppose this motion.

Dated:  August 2, 2021                              Respectfully submitted,

By: */s/ Robert Harkins*

Korula T. Cherian
Robert Harkins
**RuyakCherian LLP**
1936 University Ave, Ste. 350
Berkeley, CA 94704
(510) 944-0190
sunnyc@ruyakcherian.com
bobh@ruyakcherian.com

Ronald Wielkopolski
**RuyakCherian LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
(202) 838-1568
ronw@ruyakcherian.com

*Attorneys for Plaintiff-Cross-Appellant
Bright Data Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2021, I electronically filed the foregoing APPELLEE'S MOTION IN THE ALTERNATIVE TO WAIVE CONFIDENTIALITY REQUIREMENTS with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit using the Court's CM/ECF system, which will also effect service on all counsel of record.

*/s/ Robert Harkins*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS</u>

**Case Number:** 2020-2118, -2181, 2021-1664, -1667

**Short Case Caption:** Bright Data Ltd. v. BI Science (2009) Ltd.

---

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

---

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑  the filing has been prepared using a proportionally-spaced typeface and includes 277 words.

☐  the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐  the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 08/02/2021          Signature:     /s/ Robert Harkins

                          Name:          Robert Harkins

Save for Filing

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

**Case Number** 2020-2118, -2181, 2021-1664, -1667

**Short Case Caption** Bright Data Ltd. v. BI Science (2009) Ltd.

**Filing Party/Entity** Bright Data Ltd.

---

**Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 6/10/2021

Signature: /s/ Robert Harkins

Name: Robert Harkins

FORM 9. Certificate of Interest

Form 9 (p. 2)
July 2020

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Bright Data Ltd. | | IPPN Group Ltd. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

FORM 9. Certificate of Interest

Form 9 (p. 3)
July 2020

---

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| Mann Tindel Thompson Law Group<br>300 West Main, Henderson, TX 75652 | James Mark Mann | Gregory Blake Thompson |
| Capshaw DeRieux, LLP<br>114 E. Commerce Ave., Gladewater, TX 75647 | Elizabeth L. DeRieux | S. Calvin Capshaw |
| RuyakCherian LLP<br>1901 L St. NW, Suite 700, Washington, DC 20036 | Amadou Kilkenny Diaw | |

---

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal.  Do not include the originating case number(s) for this case.  Fed. Cir. R. 47.4(a)(5).  See also Fed. Cir. R. 47.5(b).

☑   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

---

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |