2020-2118, -2181, 2021-1664, -1667

---

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

---

### BRIGHT DATA LTD.,

*Plaintiff-Cross-Appellant*

### v.

### BI SCIENCE (2009) LTD.,

*Defendant-Appellant*

### BI SCIENCE INC.,

*Defendant.*

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

---

### APPELLANT'S REPLY IN SUPPORT OF ITS MOTION TO WAIVE CONFIDENTIALITY REQUIREMENTS

---

Bright Data's assertion (at 1) that "BI Science is once again filing motions in this Court that overlap motions already made to the district court" is incorrect. BI Science's motion to waive the confidentiality requirements as to its emergency motion to stay is a straightforward request asking *this* Court to waive requirements of one of *its* rules. It does not seek relief that could be granted by the district court.

Bright Data's suggestion (at 1) that BI Science should have waited for the district court to rule on the parties' joint motion to unseal the final judgment is likewise misplaced. Given the exigency of the situation, BI Science cannot wait for a ruling on the motion to unseal (which has been pending for months). As explained in BI Science's emergency motion, the company's survival depends on a stay of the final judgment before August 16, 2021 — a date that is now less than two weeks away. Dkt. No. 47 at 1, 9-10. And because that motion extensively discusses the still-sealed final judgment, BI Science has no choice but to ask this Court to waive its confidentiality requirements. (BI Science of course does not oppose Bright Data's request (at 2) for a similar waiver for its response.)

If this Court is not inclined to waive its confidentiality requirements, then, given that neither party believes the relevant materials need to remain sealed, and in light of the exigent circumstances, BI Science requests that the Court simply authorize BI Science to file its motion to stay and related papers in un-redacted form notwithstanding the provisions of the district court's protective order.

Dated:  August 4, 2021                    Respectfully submitted,

                                          /s/ *William H. Milliken*
                                          John Christopher Rozendaal
                                          William H. Milliken
                                          **Sterne Kessler Goldstein**
                                           **& Fox PLLC**
                                          1100 New York Avenue, NW
                                          Washington, DC 20005
                                          202.371.2600

                                          Michael A. Charish
                                          **Charish Law Group P.C.**
                                          347 Fifth Avenue, Suite 1402
                                          New York, New York 10016
                                          646.328.0183

                                          *Counsel for Appellant*
                                          *BI Science (2009) Ltd.*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number**   2020-2118, -2181, 2021-1664, -1667

**Short Case Caption**   Bright Data Ltd. v. BI Science (2009) Ltd.

**Filing Party/Entity**   Appellant BI Science (2009) Ltd.

---

**Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 08/04/2021

Signature:   /s/ William H. Milliken

Name:   William H. Milliken

FORM 9. Certificate of Interest

Form 9 (p. 2)
July 2020

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| BI Science (2009) Ltd. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐  Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| Findlay Craft PC: Eric H. Findlay | Findlay Craft PC: Kelce S. Wilson | Love Law Firm PC: Gregory P. Love |
| Findlay Craft PC: Robert B. Craft | Liston Abramson LLP: Ronald Abramson | |
| Findlay Craft PC: Debra E. Gunter | Liston Abramson LLP: Mord M. Lewis | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☐    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| Luminati Networks Ltd. v. BI Science (2009) Ltd., No. 2:19-cv-352 (E.D. Tex.) | BI Science (2009) Ltd. a/k/a BIScience Inc. v. Luminati Networks Ltd., IPR2020-00166 (PTAB) | |
| Luminati Networks Ltd. v. BI Science (2009) Ltd., No. 2:19-cv-397 (E.D. Tex.) | BI Science (2009) Ltd. a/k/a BIScience Inc. v. Luminati Networks Ltd., IPR2020-00167 (PTAB) | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

FORM 19. Certificate of Compliance with Type-Volume Limitations

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2020-2118, -2181, 2021-1664, -1667

**Short Case Caption:** Bright Data Ltd. v. BI Science (2009) Ltd.

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes _268_ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: _08/04/2021_

Signature: _/s/ William H. Milliken_

Name: _William H. Milliken_