NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRIGHT DATA LTD.,**
*Plaintiff-Cross-Appellant*

v.

**BI SCIENCE (2009) LTD.,**
*Defendant-Appellant*

**BI SCIENCE INC.,**
*Defendant*

---

2020-2118, -2181, 2021-1664, -1667

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

BI Science (2009) Ltd. submits a motion to stay enforcement of the district court's February 1, 2021 final judgment pending appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

Enforcement of the district court's February 1, 2021 final judgment is temporarily stayed pending the district court's decision on the motion for a stay pending before it and this court's subsequent consideration of this motion. BI Science should promptly inform this court when the district court acts on the motion for a stay.

FOR THE COURT

August 16, 2021  /s/ Peter R. Marksteiner
Date  Peter R. Marksteiner
 Clerk of Court

s32

cc: United States District Court for the Eastern District of Texas, Marshall Division