NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**BRIGHT DATA LTD.,**
*Plaintiff-Cross-Appellant*

v.

**BI SCIENCE (2009) LTD.,**
*Defendant-Appellant*

**BI SCIENCE INC.,**
*Defendant*

2020-2118, -2181, 2021-1664, -1667

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

**ON MOTION**

PER CURIAM.

**O R D E R**

BI Science (2009) Ltd. submits a motion for an injunction to enforce the court's August 16, 2021 order.

To the extent necessary, the court clarifies that the August 16, 2021 order temporarily stayed enforcement of the district court's February 1, 2021 final judgment, including the arbitration award, pending the district court's decision on the motion for a stay pending before it and this court's subsequent consideration of BI Science's motion to stay enforcement of the final judgment pending appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

Any response to the motion for injunction shall be filed within five days of the date of filing of this order. Any reply must be filed no later than two days from the date of filing of the response.

FOR THE COURT

August 20, 2021            /s/ Peter R. Marksteiner
       Date                Peter R. Marksteiner
                           Clerk of Court

s32