2020-2118, -2181, 2021-1664, -1667

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**BRIGHT DATA LTD.,**
*Plaintiff-Cross-Appellant*

v.

**BI SCIENCE (2009) LTD.,**
*Defendant-Appellant*

**BI SCIENCE INC.,**
*Defendant.*

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

## APPELLEE'S NOTICE OF AUGUST 28, 2021 DECISION OF THE STATE OF ISRAEL ENFORCEMENTAND COLLECTION AUTHORITY

Ronald Wielkopolski
RuyakCherian LLP
1901 L St. NW, Suite 700
Washington, DC 20036
ronw@ruyakcherian.com

Korula T. Cherian
Robert Harkins
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA 94704
(510) 944-0190
sunnyc@ruyakcherian.com
bobh@ruyakcherian.com

September 1, 2021

*Counsel for Appellee and Cross-Appellant Bright Data Ltd.*

Appellee and Cross-Appellant Bright Data Ltd. ("Bright Data") hereby notices, and attaches hereto, the August 28, 2021 Decision of the State of Israel Enforcement and Collection Authority providing that there will be no "further actions by the Creditor and/or the Receiver, until a decision is made by the US court with regard [to] the stay."

Dated:  September 1, 2021

Respectfully submitted,

By: */s/ Robert Harkins*

Korula T. Cherian
Robert Harkins
**RuyakCherian LLP**
1936 University Ave, Ste. 350
Berkeley, CA 94704
(510) 944-0190
sunnyc@ruyakcherian.com
bobh@ruyakcherian.com

Ronald Wielkopolski
**RuyakCherian LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
(202) 838-1568
ronw@ruyakcherian.com

*Attorneys for Appellee-Cross-Appellant Bright Data Ltd.*



## STATE OF ISRAEL - ENFORCEMENT AND COLLECTION AUTHORITY

**Execution Office, Tel Aviv**
**Case File No. 516123-05-21**
**Miscellaneous Judgment**

**Before Her Honor Registrar Einat Lehavi-Asher**

**Application Number: 21**
**Type of Application: 304 Receiver's Report**

| | |
|---|---|
| **The Applicant:** | **Receiver, Adv. Ziv Ironi** |
| **Re:** | **Debtor 1, BI Science (2009) Ltc. Company/Partnership 514220680** |

### <u>DECISION</u>

A motion was submitted by the Receiver to the case file, on 19 August ,2021, for the issuance of instructions with regard the execution proceedings after the warning period elapsed.

Before addressing the motion, the Debtor requested the right to respond, in which the Debtor updated with regard a decision of the Federal Court in the US, issued on 20 August, 2021, which stayed the execution of the 1 February, 2021 Judgment including the Arbitration Award, until the decision of the District Court on the motion for a stay of execution pending before it and the decision of the Federal Court of Appeals on the motion for a stay pending appeal.

Considering the orders of the Federal Court in the US, as per its 20 August, 2021 decision, an additional application was submitted by the Receiver, asking to delay decision with regard his 19 August, 2021 motion, until 30 August, 2021, when the Federal Court is expected to rule with regard the stay.

At this point, considering the orders of the Federal Court which order the temporary stay of the Arbitration Award, whose execution is sought in this execution proceeding (after being approved for execution in Israel), I do not see place to allow further actions by the Creditor and/or the Receiver, until a decision is made by the US court with regard the stay.

Upon issuance of a decision in the US with regard the stay, the parties will notify.

| 20 Elul, 5781 | |
| 28 August, 2021 | |
| **Date** | **Einat Lehavi-Asher, Registrar** |

**מדינת ישראל – רשות האכיפה והגבייה**

הוצאה לפועל, לשכת תל אביב

תיק 516123-05-21

פסק דין אחר

בפני כב' הרשמת עינת להבי-אשר

**בקשה מספר** : 21
**סוג הבקשה** : 304 הגשת דוח כונס נכסים

**המבקש** : כונס הנכסים, עו"ד זיו עירוני
**בעניין** : חייב 1, בי. איי סיאנס (2009) בע"מ חברה/שותפות 514220680

## <u>החלטה</u>

לתיק הוגשה ביום 19.8.2021 בקשה מטעם כונס הנכסים, למתן הוראות שונות בקשר עם הליך הכינוס ולאחר שחלפה תקופת האזהרה.

בטרם נדרשתי לבקשה, עתרה הזוכה לאפשר לה את זכות התגובה ובמסגרת זו עדכנה אודות החלטת בית המשפט הפדרלי בארה"ב, שניתנה ביום 20.8.2021 ואשר קובעת את עיכוב הזמני של פסק הדין מיום 1.2.2021 לרבות פסק הבוררות, עד הכרעת בית המשפט המחוזי בבקשה לעיכוב ביצוע התלויה ועומדת בפניו והכרעת בית המשפט הפדרלי לערעורים בבקשה לעיכוב ביצוע עד הכרעה בערעור.

בהינתן הוראות בית המשפט הפדרלי בארה"ב, שנקבעו בהחלטה מיום 20.8.2021, הוגשה לתיק בקשה נוספת של כונס הנכסים, המבקש להשהות הכרעה בבקשתו מיום 19.8.2021, וזאת עד יום 30.8.2021 שאז צפוי כי תינתן החלטת בית המשפט הפדרלי בשאלת עיכוב הביצוע.

בשלב זה, בהינתן הוראות בית המשפט הפדרלי הקובעות את עיכוב ביצועו הזמני של פסק הבוררות, שלאכיפתו נועד תיק ההוצאה לפועל דנן (לאחר שאושרה אכיפה בישראל), איני רואה מקום לאפשר ביצוע פעולות נוספות מצד הזוכה ו/או כונס הנכסים, וזאת עד קבלת החלטות בית המשפט בארה"ב בשאלת עיכוב הביצוע.

עם קבלת החלטת בית המשפט בארה"ב בבקשה לעיכוב הביצוע, יודיעו הצדדים.

כ' אלול תשפ"א
28 אוגוסט 2021

תאריך

עינת להבי-אשר, רשמת

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2021, I electronically filed the

foregoing NOTICE OF APPELLEE'S NOTICE OF AUGUST 28, 2021

DECISION OF THE STATE OF ISRAEL ENFORCEMENTAND COLLECTION

AUTHORITY with the Clerk of the Court for the United States Court of Appeals

for the Federal Circuit using the Court's CM/ECF system, which will also effect

service on all counsel of record.

*/s/ Robert Harkins*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

| | |
|---|---|
| **Case Number** | 2020-2118, -2181, 2021-1664, -1667 |
| **Short Case Caption** | Bright Data Ltd. v. BI Science (2009) Ltd. |
| **Filing Party/Entity** | Bright Data Ltd. |

> **Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 08/25/2021

Signature: /s/ Robert Harkins

Name: Robert Harkins

**FORM 9. Certificate of Interest**

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☐ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Bright Data Ltd. | | IPPN Group Ltd. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| Mann Tindel Thompson Law Group<br>300 West Main, Henderson, TX 75652 | James Mark Mann | Gregory Blake Thompson |
| Capshaw DeRieux, LLP<br>114 E. Commerce Ave., Gladewater, TX 75647 | Elizabeth L. DeRieux | S. Calvin Capshaw |
| | | |

**5. Related Cases.**  Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal.  Do not include the originating case number(s) for this case.  Fed. Cir. R. 47.4(a)(5).  See also Fed. Cir. R. 47.5(b).

☑   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases.**  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

FORM 19. Certificate of Compliance with Type-Volume Limitations

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2020-2118, -2181, 2021-1664, -1667

**Short Case Caption:** Bright Data Ltd. v. BI Science (2009) Ltd.

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes ___55___ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 09/01/2021

Signature: /s/ Robert Harkins

Name: Robert Harkins

Save for Filing