**2020-2118, -2181, 2021-1664, -1667**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**BRIGHT DATA LTD.,**

Plaintiff-Cross-Appellant

v.

**BI SCIENCE (2009) LTD.,**

Defendant-Appellant

**BI SCIENCE INC.,**

Defendant.

**Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap**

**APPELLANT'S NOTICE OF DISTRICT COURT'S DECISION ON BI SCIENCE'S MOTION TO STAY ENFORCEMENT OF THE CORRECTED FINAL JUDGMENT**

Michael A. Charish
**Charish Law Group, P.C.**
347 Fifth Avenue, Suite 1402
New York, New York 10016
646.328.0183

John Christopher Rozendaal
William H. Milliken
**Sterne Kessler Goldstein & Fox PLLC**
1100 New York Avenue, NW
Washington, DC 20005
202.371.2600

*Counsel for Appellant BI Science (2009) Ltd.*

Dated:  December 29, 2021

On August 16, 2021, this Court issued an order temporarily staying the district court's February 1, 2021 corrected final judgment pending that court's ruling on BI Science's Motion to Stay Enforcement of the Corrected Final Judgment. *See* Dkt. 59. Pursuant to that order's instructions, BI Science hereby notifies the Court that the district court granted BI Science's motion to stay on December 27, 2021. A copy of the district court's order is attached as Exhibit A.

Dated:  December 29, 2021                    Respectfully submitted,

   /s/ *John Christopher Rozendaal*
John Christopher Rozendaal
William H. Milliken
**Sterne Kessler Goldstein**
 **& Fox PLLC**
1100 New York Avenue, NW
Washington, DC 20005
202.371.2600

Michael A. Charish
**Charish Law Group P.C.**
347 Fifth Avenue, Suite 1402
New York, New York 10016
646.328.0183

*Counsel for Appellant*
*BI Science (2009) Ltd.*

## TABLE OF EXHIBITS

**Exhibit 1** – Order Granting Renewed Motion to Stay Enforcement of the Corrected Final Judgement (the "Motion to Stay") filed by Defendents BI Science Inc., BI Science (2009) Ltd. (Dkt. No. 265)

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD., § <br> § <br> Plaintiff, § <br> § <br> v. §    CIVIL ACTION NO. 2:18-CV-00483-JRG <br> § <br> BI SCIENCE INC., BI SCIENCE (2009) § <br> LTD., § <br> § <br> Defendants. § | |

## ORDER

Before the Court is the Motion to Stay Enforcement of the Corrected Final Judgment (the "Motion to Stay") filed by Defendants BI Science Inc., BI Science (2009) Ltd. (collectively, "BI Science") (Dkt. No. 265). Also before the Court is BI Science's Third Update to BI Science's Supplemental Notice Regarding Posting Security in Support of its Stay Motion (the "Supersedeas Bond") (Dkt. No. 334). Having considered the Motion to Stay and the Supersedeas Bond now tendered to the Clerk,[1] as well as the parties' arguments, the Court is satisfied that such Supersedeas Bond is adequate to protect the judgment creditor's interests pending appeal, and therefore finds that the Motion to Stay should be and hereby is **GRANTED**.

It is therefore **ORDERED** that the submitted Supersedeas Bond is **APPROVED** and any execution upon the Corrected Final Judgment entered on February 1, 2021 (Dkt. No. 254) shall be superseded and **STAYED** pending disposition of any appeal therefrom.

---

[1] Such Supersedeas Bond being executed by BI Science (2009) Ltd. as Principal and by Bank Leumi as Surety/ Guarantor and being in the amount of $5,000,000.00 (US Dollars).

**Signed and Ordered this 27th day of December, 2021.**

_____
RODNEY GILSTRAP
Chief Judge