NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**BRIGHT DATA LTD.,**
*Plaintiff-Cross-Appellant*

v.

**BI SCIENCE (2009) LTD.,**
*Defendant-Appellant*

**BI SCIENCE INC.,**
*Defendant*

_____

2020-2118, -2181, 2021-1664, -1667
_____

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.
_____

**ON MOTION**
_____

Per Curiam.

**O R D E R**

Upon consideration of BI Science (2009) Ltd.'s notice that the district court granted its motion to stay enforcement of the final judgment pending appeal,

IT IS ORDERED THAT:

Within three days of the date of filing of this order, the parties are directed to address whether BI Science's pending motions to stay enforcement of the district court's final judgment pending appeal (ECF No. 46) and to enforce the court's August 16, 2021 order temporarily staying enforcement (ECF No. 60) are moot.

                                         FOR THE COURT

| January 07, 2022 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |

s32