**2020-2118, -2181, 2021-1664, -1667**

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**BRIGHT DATA LTD.,**

**Plaintiff-Cross-Appellant**

**v.**

**BI SCIENCE (2009) LTD.,**

**Defendant-Appellant**

**BI SCIENCE INC.,**

**Defendant.**

**Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap**

## JOINT RESPONSE TO THE COURT'S JANUARY 7, 2022 AND JUNE 21, 2021 ORDERS

Korula T. Cherian
Robert Harkins
**RuyakCherian LLP**
1936 University Ave, Ste. 350
Berkeley, CA 94704
510.944.0190

Ronald Wielkopolski
**RuyakCherian LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
202.838.1568

*Counsel for Cross-Appellant Bright Data Ltd.*

Dated: January 10, 2022

John Christopher Rozendaal
William H. Milliken
**Sterne Kessler Goldstein & Fox PLLC**
1100 New York Avenue, NW
Washington, DC 20005
202.371.2600

Michael A. Charish
**Charish Law Group, P.C.**
347 Fifth Avenue, Suite 1402
New York, NY 10016
646.328.0183

*Counsel for Appellant BI Science (2009) Ltd.*

Appellant BI Science (2009) Ltd. and Cross-Appellant Bright Data Ltd. jointly respond to this Court's orders of January 7, 2022 (Dkt. 69) and June 21, 2021 (Dkt. 44).

The January 7 order instructed the parties to address whether BI Science's pending motions to stay enforcement of the district court's final judgment pending appeal (Dkt. 46) and enforce the Court's August 16, 2021 order temporarily staying enforcement (Dkt. 60) are moot. Dkt. 69. The parties agree that those motions are moot.

The June 21 order stayed these proceedings pending the district court's decision on the parties' Joint Motion to Unseal Order and Corrected Final Judgment. *See* Dkt. 44. The June 21 order instructed the parties to do two things within seven days of the district court's ruling on the joint motion to unseal: 1) propose a briefing schedule for these consolidated appeals and 2) recommend how to proceed with BI Science's pending Motion to Waive Confidentiality Requirements (Dkt. 30). The district court granted the joint motion to unseal on January 3, 2022. *See* Ex. A. Accordingly, the parties propose the following briefing schedule.

- **February 25, 2022**: Bright Data files its principal and response brief.

- **April 11, 2022**: BI Science files its response and reply brief.

- **May 2, 2022**: Bright Data files its reply brief.

Additionally, now that the district court has unsealed the final judgment and its attachments, it is no longer necessary for BI Science to exceed the confidential word limit in its principal brief. Therefore, BI Science respectfully withdraws its Motion to Waive Confidentiality Requirements. BI Science will re-file its principal brief on January 11, 2022.

In light of the above, the parties respectfully request that the Court lift the stay of these proceedings and enter the briefing schedule set forth above.

Dated:  January 10, 2022

Respectfully submitted,

 /s/ *Robert Harkins*
Korula T. Cherian
Robert Harkins
**RuyakCherian LLP**
1936 University Ave, Ste. 350
Berkeley, CA 94704
510.944.0190

Ronald Wielkopolski
**RuyakCherian LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
202.838.1568

*Counsel for Cross-Appellant*
*Bright Data Ltd.*

 /s/ *John Christopher Rozendaal*
John Christopher Rozendaal
William H. Milliken
**Sterne Kessler Goldstein**
 **& Fox PLLC**
1100 New York Avenue, NW
Washington, DC 20005
202.371.2600

Michael A. Charish
**Charish Law Group, P.C.**
347 Fifth Avenue, Suite 1402
New York, NY 10016
646.328.0183

*Counsel for Appellant*
*BI Science (2009) Ltd.*

FORM 9. Certificate of Interest                                    Form 9 (p. 1)
                                                                    July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### <u>CERTIFICATE OF INTEREST</u>

**Case Number** 2020-2118, -2181, 2021-1664, -1667

**Short Case Caption** Bright Data Ltd. v. BI Science (2009) Ltd.

**Filing Party/Entity** Appellant BI Science (2009) Ltd.

---

**Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 08/04/2021

Signature: /s/ William H. Milliken

Name:      William H. Milliken

| 1. Represented Entities.<br>Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest.<br>Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders.<br>Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities.  Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| BI Science (2009) Ltd. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable    ☐ Additional pages attached

| | | |
|---|---|---|
| Findlay Craft PC: Eric H. Findlay | Findlay Craft PC: Kelce S. Wilson | Love Law Firm PC: Gregory P. Love |
| Findlay Craft PC: Robert B. Craft | Liston Abramson LLP: Ronald Abramson | |
| Findlay Craft PC: Debra E. Gunter | Liston Abramson LLP: Mord M. Lewis | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☐ None/Not Applicable    ☐ Additional pages attached

| | | |
|---|---|---|
| Luminati Networks Ltd. v. BI Science (2009) Ltd., No. 2:19-cv-352 (E.D. Tex.) | BI Science (2009) Ltd. a/k/a BIScience Inc. v. Luminati Networks Ltd., IPR2020-00166 (PTAB) | |
| Luminati Networks Ltd. v. BI Science (2009) Ltd., No. 2:19-cv-397 (E.D. Tex.) | BI Science (2009) Ltd. a/k/a BIScience Inc. v. Luminati Networks Ltd., IPR2020-00167 (PTAB) | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable    ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

FORM 9. Certificate of Interest                                                    Form 9 (p. 1)
                                                                                    July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

| **Case Number** | 2020-2118, -2181, 2021-1664, -1667 |
| --- | --- |
| **Short Case Caption** | Bright Data Ltd. v. BI Science (2009) Ltd. |
| **Filing Party/Entity** | Bright Data Ltd. |

---

**Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 6/10/2021                    Signature:  /s/ Robert Harkins

                                   Name:       Robert Harkins

FORM 9. Certificate of Interest

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☐ None/Not Applicable |
| Bright Data Ltd. | | IPPN Group Ltd. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

FORM 9. Certificate of Interest

---

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| Mann Tindel Thompson Law Group<br>300 West Main, Henderson, TX 75652 | James Mark Mann | Gregory Blake Thompson |
| Capshaw DeRieux, LLP<br>114 E. Commerce Ave., Gladewater, TX 75647 | Elizabeth L. DeRieux | S. Calvin Capshaw |
| RuyakCherian LLP<br>1901 L St. NW, Suite 700, Washington, DC 20036 | Amadou Kilkenny Diaw | |

---

**5. Related Cases.**  Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal.  Do not include the originating case number(s) for this case.  Fed. Cir. R. 47.4(a)(5).  See also Fed. Cir. R. 47.5(b).

☑   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

---

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# TABLE OF EXHIBITS

**Exhibit A** – Order Granting Joint Motion to Unseal Order and Corrected Final Judgment, Dkt. No. 340 (Jan. 3, 2022)

# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:18-CV-00483-JRG |
| | § | |
| BI SCIENCE INC., BI SCIENCE (2009) | § | |
| LTD., | § | |
| | § | |
| *Defendants*. | § | |

## <u>ORDER</u>

Before the Court is the Joint Motion to Unseal Order and Corrected Final Judgment (the "Motion") filed by Plaintiff Luminati Networks, Ltd., now known as Bright Data Ltd. and Defendants BI Science Inc. and BI Science (2009) Ltd. (Dkt. No. 276). In the Motion, the parties request that the Court unseal the Order and Corrected Final Judgment entered on February 1, 2021 (Dkt. No. 254) in its entirety, including Exhibits A and B thereto, to facilitate citation in their briefs on appeal.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. It is **ORDERED** that the Court's Order and Corrected Final Judgment (Dkt. No. 254), including Exhibits A and B thereto, be **UNSEALED**.

**So ORDERED and SIGNED this 3rd day of January, 2022.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

FORM 19. Certificate of Compliance with Type-Volume Limitations

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS</u>

**Case Number:**   2020-2118, -2181, 2021-1664, -1667

**Short Case Caption:**   Bright Data Ltd. v. BI Science (2009) Ltd.

> **Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑   the filing has been prepared using a proportionally-spaced typeface and includes  293   words.

☐   the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐   the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 01/10/2022

Signature:   /s/ John Christopher Rozendaal

Name:   John Christopher Rozendaal