**2020-2118, -2181, 2021-1664, -1667**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**BRIGHT DATA LTD.,**

Plaintiff-Cross-Appellant

v.

**BI SCIENCE (2009) LTD.,**

Defendant-Appellant

**BI SCIENCE INC.,**

Defendant.

**Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap**

**APPELLANT'S NOTICE OF CORRECTION REGARDING ITS PRINCIPAL BRIEF**

| | |
|---|---|
| Michael A. Charish<br>**Charish Law Group, P.C.**<br>347 Fifth Avenue, Suite 1402<br>New York, NY 10016<br>646.328.0183 | John Christopher Rozendaal<br>William H. Milliken<br>**Sterne Kessler Goldstein**<br> **& Fox PLLC**<br>1100 New York Avenue, NW<br>Washington, DC 20005<br>202.371.2600<br><br>*Counsel for Appellant*<br>*BI Science (2009) Ltd.* |

Dated: January 11, 2022

Pursuant to Federal Circuit Rule 25(i) and the parties' Joint Response to the Court's January 7, 2022 and June 21, 2021 Orders, *see* Dkt. 70, Appellant BI Science (2009) Ltd. hereby files a notice of correction regarding the confidential and non-confidential versions of its principal brief. *See* Dkt. 31, Dkt. 32.

As noted in the parties' joint response, the district court recently granted the parties' Joint Motion to Unseal Order and Corrected Final Judgment. Dkt. 70 at 1. Therefore, it is no longer necessary for BI Science to exceed in its principal brief this Court's limit of 15 unique confidential words. *See* Fed. Cir. R. 25.1(d)(1)(A). Accordingly, BI Science has withdrawn its related Motion to Waive Confidentiality Requirements, *see* Dkt. 70 at 2, and now respectfully submits corrected copies of the confidential and non-confidential versions of its principal brief that comply with Federal Circuit Rule 25.1(d)(1)(A). Specifically, BI Science made the following corrections:

- The cover page was updated to reflect the current official case caption;
- The number of words marked confidential was reduced to two;
- In the addendum, the sealed version of the document appearing at Appx1-13 was replaced with the recently unsealed version; and
- In the non-confidential version only, the descriptions following the tables of contents (in the brief and addendum) describing the general nature of the confidential information deleted and applicable page numbers were

revised to account for the above-listed changes related to confidentiality.

The corrected copies are being electronically filed contemporaneously with this notice.

Dated: January 11, 2022

Respectfully submitted,

  /s/ *Michael A. Charish*
Michael A. Charish
**Charish Law Group, P.C.**
347 Fifth Avenue, Suite 1402
New York, NY 10016
646.328.0183

John Christopher Rozendaal
William H. Milliken
**Sterne Kessler Goldstein
 & Fox PLLC**
1100 New York Avenue, NW
Washington, DC 20005
202.371.2600

*Counsel for Appellant
BI Science (2009) Ltd.*