NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRIGHT DATA LTD.,**
*Plaintiff-Cross-Appellant*

v.

**BI SCIENCE (2009) LTD.,**
*Defendant-Appellant*

**BI SCIENCE INC.,**
*Defendant*

---

2020-2118, -2181, 2021-1664, -1667

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

---

**ON MOTION**

---

**O R D E R**

Before the court are BI Science (2009) Ltd.'s motions to stay enforcement of the district court's final judgment pending appeal (ECF No. 46) and to enforce the court's August 16, 2021 order temporarily staying enforcement (ECF No. 60); BI Science's motions to waive the confidentiality

requirements of Federal Circuit Rule 25.1(d)(1)(A) with regard to its originally-filed principal brief and stay motion (ECF Nos. 30 and 45); and Bright Data Ltd.'s motion to waive the confidentiality requirements for its opposition to BI Science's stay motion (ECF No. 52).

The parties' joint response to the court's January 7, 2022 order states that they agree that BI Science's pending motions to stay and to enforce (ECF Nos. 46 and 60) are moot, and that, in light of the district court's grant of the parties' joint motion to unseal, BI Science withdraws its motion to waive the confidentiality requirements with regard to its originally-filed principal brief (ECF No. 30). The court construes the response (ECF No. 70) as a motion to withdraw ECF Nos. 30, 46, and 60.

BI Science also submits a corrected principal brief that complies with Federal Circuit Rule 25.1(d)(1)(A).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw (ECF No. 70) is granted. ECF Nos. 30, 46, and 60 are withdrawn.

(2) The remaining motions to waive the confidentiality requirements (ECF Nos. 45 and 52) are denied as moot.

(3) The confidential versions of BI Science's originally-filed principal brief (ECF No. 31), BI Science's stay motion (ECF No. 47), and Bright Data's opposition (ECF No. 51) will remain sealed.

(4) BI Science's confidential version (ECF No. 72) and non-confidential version (ECF No. 73) of its corrected principal brief are accepted for filing.

(5) The stay of the briefing schedule is lifted. The briefing schedule is as follows: Bright Data's principal and response brief is due no later than February 25, 2022; BI Science's response and reply brief is due no later than April

11, 2022; and Bright Data's reply brief is due no later than May 2, 2022.

                                                FOR THE COURT

January 27, 2022      /s/ Peter R. Marksteiner
      Date                Peter R. Marksteiner
                           Clerk of Court