2020-2118, -2181, 2021-1664, -1667

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### BRIGHT DATA LTD.,

#### Plaintiff-Cross-Appellant

v.

### BI SCIENCE (2009) LTD.,

#### Defendant-Appellant

### BI SCIENCE INC.,

#### Defendant.

**Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap**

### APPELLANT'S UNOPPOSED MOTION TO MAINTAIN SEALED STATUS OF DOCUMENT NO. 32

Michael A. Charish
**Charish Law Group, P.C.**
347 Fifth Avenue, Suite 1402
New York, NY 10016
646.328.0183

John Christopher Rozendaal
William H. Milliken
**Sterne Kessler Goldstein
 & Fox PLLC**
1100 New York Avenue, NW
Washington, DC 20005
202.371.2600

*Counsel for Appellant
BI Science (2009) Ltd.*

Dated: February 1, 2022

Pursuant to Federal Rule of Appellate Procedure 27 and Federal Circuit Rule 27, Appellant BI Science (2009) Ltd. respectfully requests that the Court maintain the sealed status of the originally filed version of BI Science's Non-Confidential Principal Brief (Dkt. No. 32). Counsel for Cross-Appellant Bright Data Ltd. indicated that Bright Data does not oppose this motion.

BI Science's Non-Confidential Principal Brief was originally filed on May 17, 2021. *See* Dkt. No. 32. On January 11, 2022, BI Science submitted a corrected version, *see* Dkt. No. 73, which the Court accepted for filing on January 27, 2022, *see* Dkt. No. 74. In the course of preparing the corrected version, counsel for BI Science discovered two words that inadvertently were not marked confidential (and thus not redacted) in the originally filed brief. Counsel notified the Clerk's Office of the error, and the Clerk's Office advised that access to the document would temporarily be restricted and that BI Science would need to promptly file a motion if it wished for the document to retain that status.

There is good cause for keeping the document under seal. The originally filed brief inadvertently discloses certain confidential financial information of BI Science. This confidential information was properly redacted in BI Science's Corrected Non-Confidential Principal Brief (Dkt. No. 73) and, in fact, comprises the only two redactions in that corrected brief. Moreover, the originally filed brief should be of little use and relevance to the Court, the parties, and the public now

that BI Science's corrected brief has been accepted for filing. Not only does the corrected brief supersede the original brief — it also discloses 417 unique words that were redacted in the original brief and attaches an unsealed copy of the district court's corrected final judgment (which had been redacted in its entirety in the addendum to the original brief). These advantages make the corrected brief the better resource for any interested party or observer.

For the reasons stated above, BI Science respectfully requests that the Court maintain the sealed status of the originally filed version of BI Science's Non-Confidential Principal Brief (Dkt. No. 32).

Dated:  February 1, 2022                    Respectfully submitted,

                                         /s/ *John Christopher Rozendaal*
                                         John Christopher Rozendaal
                                         William H. Milliken
                                         **Sterne Kessler Goldstein**
                                         **& Fox PLLC**
                                         1100 New York Avenue, NW
                                         Washington, DC 20005
                                         202.371.2600

                                         Michael A. Charish
                                         **Charish Law Group, P.C.**
                                         347 Fifth Avenue, Suite 1402
                                         New York, NY 10016
                                         646.328.0183

                                         *Counsel for Appellant*
                                         *BI Science (2009) Ltd.*

3

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

**Case Number**   2020-2118, -2181, 2021-1664, -1667

**Short Case Caption**   Bright Data Ltd. v. BI Science (2009) Ltd.

**Filing Party/Entity**   Appellant BI Science (2009) Ltd.

---

**Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box**. Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 08/04/2021

Signature: /s/ William H. Milliken

Name:   William H. Milliken

**FORM 9. Certificate of Interest**

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| BI Science (2009) Ltd. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐  Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable      ☐ Additional pages attached

| | | |
|---|---|---|
| Findlay Craft PC: Eric H. Findlay | Findlay Craft PC: Kelce S. Wilson | Love Law Firm PC: Gregory P. Love |
| Findlay Craft PC: Robert B. Craft | Liston Abramson LLP: Ronald Abramson | |
| Findlay Craft PC: Debra E. Gunter | Liston Abramson LLP: Mord M. Lewis | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☐ None/Not Applicable      ☐ Additional pages attached

| | | |
|---|---|---|
| Luminati Networks Ltd. v. BI Science (2009) Ltd., No. 2:19-cv-352 (E.D. Tex.) | BI Science (2009) Ltd. a/k/a BIScience Inc. v. Luminati Networks Ltd., IPR2020-00166 (PTAB) | |
| Luminati Networks Ltd. v. BI Science (2009) Ltd., No. 2:19-cv-397 (E.D. Tex.) | BI Science (2009) Ltd. a/k/a BIScience Inc. v. Luminati Networks Ltd., IPR2020-00167 (PTAB) | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable      ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:**  2020-2118, -2181, 2021-1664, -1667

**Short Case Caption:**  Bright Data Ltd. v. BI Science (2009) Ltd.

> **Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

[✔] the filing has been prepared using a proportionally-spaced typeface and includes  349  words.

[ ] the filing has been prepared using a monospaced typeface and includes _____ lines of text.

[ ] the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 02/01/2022

Signature:  /s/ John Christopher Rozendaal

Name:  John Christopher Rozendaal