NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――

**BRIGHT DATA LTD.,**
*Plaintiff-Cross-Appellant*

**v.**

**BI SCIENCE (2009) LTD.,**
*Defendant-Appellant*

**BI SCIENCE INC.,**
*Defendant*

―――――――――――

2020-2118, -2181, 2021-1664, -1667

―――――――――――

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

―――――――――――

**ON MOTION**

―――――――――――

**O R D E R**

BI Science (2009) Ltd. moves unopposed for the court to maintain BI Science's originally-filed non-confidential principal brief under seal.

Upon consideration thereof,

2                          BRIGHT DATA LTD. v. BI SCIENCE (2009) LTD.


IT IS ORDERED THAT:

The motion is granted.    BI Science's originally-filed non-confidential principal brief (ECF No. 32) will remain sealed.

FOR THE COURT

February 07, 2022          /s/ Peter R. Marksteiner
        Date                      Peter R. Marksteiner
                                  Clerk of Court