**2020-2118, -2181, 2021-1664, -1667**

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**BRIGHT DATA LTD.,**

**Plaintiff-Cross-Appellant**

**v.**

**BI SCIENCE (2009) LTD.,**

**Defendant-Appellant**

**BI SCIENCE INC.,**

**Defendant.**

**Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap**

## APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE AND REPLY BRIEF

Michael A. Charish
**Charish Law Group, P.C.**
347 Fifth Avenue, Suite 1402
New York, NY 10016
646.328.0183

John Christopher Rozendaal
William H. Milliken
**Sterne Kessler Goldstein
 & Fox PLLC**
1100 New York Avenue, NW
Washington, DC 20005
202.371.2600

*Counsel for Appellant
BI Science (2009) Ltd.*

Dated: April 4, 2022

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellant BI Science (2009) Ltd. respectfully moves for an extension of time to file its response and reply brief.

BI Science's response and reply brief is currently due on April 11, 2022. BI Science seeks a 14-day extension of that deadline, which would result in a revised due date of April 25, 2022. This motion is being filed at least seven days before the date sought to be extended. This is BI Science's first request for an extension of time to file its response and reply brief. The Court previously granted BI Science 24 extension days in this appeal in connection with filing its principal brief. *See* Dkt. Nos. 25 (granting 14-day extension), 27 (granting five-day extension to resolve confidentiality issues), 29 (granting additional five-day extension to resolve confidentiality issues). Counsel for Cross-Appellant Bright Data Ltd. has indicated that they do not oppose this motion and do not plan to file a response.

BI Science submits this extension request in view of intervening deadlines in counsels' other matters. The requested extension would provide BI Science with additional time to prepare a thorough response and reply brief, which should be of assistance to the parties and the Court.

For the foregoing reasons, BI Science respectfully requests a 14-day extension of time, to and including April 25, 2022, to file its response and reply brief.

Dated:  April 4, 2022                    Respectfully submitted,

                                          /s/ *John Christopher Rozendaal*
                                         John Christopher Rozendaal
                                         William H. Milliken
                                         **Sterne Kessler Goldstein**
                                          **& Fox PLLC**
                                         1100 New York Avenue, NW
                                         Washington, DC 20005
                                         202.371.2600

                                         Michael A. Charish
                                         **Charish Law Group P.C.**
                                         347 Fifth Avenue, Suite 1402
                                         New York, New York 10016
                                         646.328.0183

                                         *Counsel for Appellant*
                                         *BI Science (2009) Ltd.*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

**Case Number**   2020-2118, -2181, 2021-1664, -1667

**Short Case Caption**   Bright Data Ltd. v. BI Science (2009) Ltd.

**Filing Party/Entity**   Appellant BI Science (2009) Ltd.

---

**Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.


Date: 08/04/2021                    Signature:   /s/ William H. Milliken

                                    Name:        William H. Milliken

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| BI Science (2009) Ltd. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

FORM 9. Certificate of Interest

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable          ☐ Additional pages attached

| | | |
|---|---|---|
| Findlay Craft PC: Eric H. Findlay | Findlay Craft PC: Kelce S. Wilson | Love Law Firm PC: Gregory P. Love |
| Findlay Craft PC: Robert B. Craft | Liston Abramson LLP: Ronald Abramson | |
| Findlay Craft PC: Debra E. Gunter | Liston Abramson LLP: Mord M. Lewis | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☐ None/Not Applicable          ☐ Additional pages attached

| | | |
|---|---|---|
| Luminati Networks Ltd. v. BI Science (2009) Ltd., No. 2:19-cv-352 (E.D. Tex.) | BI Science (2009) Ltd. a/k/a BIScience Inc. v. Luminati Networks Ltd., IPR2020-00166 (PTAB) | |
| Luminati Networks Ltd. v. BI Science (2009) Ltd., No. 2:19-cv-397 (E.D. Tex.) | BI Science (2009) Ltd. a/k/a BIScience Inc. v. Luminati Networks Ltd., IPR2020-00167 (PTAB) | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable          ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS</u>

**Case Number:**  2020-2118, -2181, 2021-1664, -1667

**Short Case Caption:**  Bright Data Ltd. v. BI Science (2009) Ltd.

> **Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes _236_ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: _04/04/2022_

Signature:  /s/ John Christopher Rozendaal

Name:  John Christopher Rozendaal