2020-2118, -2181, 2021-1664, -1667

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**BRIGHT DATA LTD.,**
*Plaintiff-Cross-Appellant*

v.

**BI SCIENCE (2009) LTD.,**
*Defendant-Appellant / Cross-Appellee*

**BI SCIENCE INC.,**
*Defendant.*

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

## PLAINTIFF APPELLEE-CROSS-APPELLANT BRIGHT DATA LTD'S UNOPPOSED MOTION TO EXTEND TIME TO FILE A REPLY BRIEF

Ronald Wielkopolski
Colby Davis
RuyakCherian LLP
1901 L St. NW, Suite 700
Washington, DC 20036
ronw@ruyakcherian.com
colbyd@ruyakcherian.co

Robert Harkins
Korula T. Cherian
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA 94704
(510) 944-0190
bobh@ruyakcherian.com
sunnyc@ruyakcherian.com

*Counsel for Plaintiff-Appellee / Cross-Appellant Bright Data Ltd.*

**FORM 9. Certificate of Interest**                                     Form 9 (p. 1)
                                                                         July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

**Case Number** 2020-2118, -2181, 2021-1664, -1667

**Short Case Caption** Bright Data Ltd. v. BI Science (2009) Ltd.

**Filing Party/Entity** Bright Data Ltd.

---

**Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 6/10/2021

Signature: /s/ Robert Harkins

Name: Robert Harkins

**FORM 9. Certificate of Interest**

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☐ None/Not Applicable |
| Bright Data Ltd. | | IPPN Group Ltd. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐  None/Not Applicable          ☐  Additional pages attached

| | | |
|---|---|---|
| Mann Tindel Thompson Law Group<br>300 West Main, Henderson, TX 75652 | James Mark Mann | Gregory Blake Thompson |
| Capshaw DeRieux, LLP<br>114 E. Commerce Ave., Gladewater, TX 75647 | Elizabeth L. DeRieux | S. Calvin Capshaw |
| RuyakCherian LLP<br>1901 L St. NW, Suite 700, Washington, DC 20036 | Amadou Kilkenny Diaw | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☑  None/Not Applicable          ☐  Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑  None/Not Applicable          ☐  Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellee – Cross-Appellant Bright Data Ltd. ("Bright Data") respectfully moves for an extension of time to file its reply brief.

Under the January 27, 2022 Order (Dkt. 74), the due dates for Appellant's response and reply brief and Bright Data's reply brief were set for April 11, 2022 and May 2, 2022 respectively. Wielkopolski Declaration at ⁋ 3. On April 5, 2022, the Court issued a text only order granting Appellant's April 4, 2022 motion for a two-week extension moving Appellant's response and reply brief due date to April 25, 2022, a week before the due date for Bright Data's reply brief, without expressly addressing the due date for Bright Data' reply. *Id*. at ⁋ 4. On April 25, 2022, Appellant filed its response and reply at 6:48 pm Eastern Daylight Time. *Id*. at ⁋ 5. On April 26, 2022, the Court issued a modified entry for the Appellant response and reply brief stating "unless ordered otherwise, any responsive deadline runs from the date of service of this brief." *Id*.

Out of an abundance of caution, Bright Data contacted the clerk's office on April 29, 2022 seeking clarification regarding the due date of Bright Data's Ltd.'s reply brief. *Id*. at ⁋ 6. Bright Data was informed that the April 4, 2022 Order did not change the Bright Data reply due date set in the January 27, 2022 order and that the April 26, 2022 modified entry was entered in error. *Id*. Following the call, the Court issued a second modified entry correcting the April 26, 2022 entry by

removing the statement "unless ordered otherwise, any responsive deadline runs from the date of service of this brief." *Id.*

Bright Data seeks a 14-day extension of the due date for its reply, which would result in a revised due date of May 16, 2022. This revised due date would provide Bright Data 21 days to respond to Appellant's response and reply brief, which is consistent with Federal Circuit Rule 28.1(f). Due to the extraordinary circumstances detailed above and supported by the attached declaration, this motion is being filed within seven days before the date sought to be extended. This is Bright Data's first request for an extension of time to file its response and reply brief. Counsel for Appellant has indicated that they do not oppose this motion and do not plan to file a response. Bright Data submits this extension request to provide Bright Data with the standard period of time to file a responsive reply under Federal Circuit Rule 28.1(f). The requested extension would provide Bright Data with the standard amount of time to prepare a thorough response and reply brief, which should be of assistance to the parties and the Court.

For the foregoing reasons, Bright Data respectfully requests a 14-day extension of time, to and including May 16, 2022, to file its reply brief.

Dated:  April 29, 2022                    Respectfully submitted,

                                          By: */s/ Ronald Wielkopolski*

Robert Harkins
Korula T. Cherian
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA 94704
(510) 944-0190
bobh@ruyakcherian.com
sunnyc@ruyakcherian.com

Ronald Wielkopolski
Colby A. Davis
RuyakCherian LLP
1901 L St. NW, Suite 700
Washington, DC 20036
ronw@ruyakcherian.com
colbyd@ruyakcherian.com

*Attorneys for Plaintiff*
*Bright Data Ltd.*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2020-2118, 2020-2181, 2021-1664, 2021-1667

**Short Case Caption:** Bright Data Ltd. v. BI Science (2009) Ltd.

---

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

---

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes 488_____ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 04/29/2022_____          Signature:   /s/ *Ronald Wielkopolski*

                                  Name:        Ronald Wielkopolski

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 29, 2022, I electronically filed the foregoing Appellee-Cross-Appellant Bright Data Ltd.'s Unopposed Motion to Extend Time to File a Reply Brief with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit using the Court's CM/ECF system, which will also effect service on all counsel of record.

*/s/ Ronald Wielkopolski*

2020-2118, -2181, 2021-1664, -1667

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### BRIGHT DATA LTD.,
*Plaintiff-Cross-Appellant*

v.

### BI SCIENCE (2009) LTD.,
*Defendant-Appellant / Cross-Appellee*

### BI SCIENCE INC.,
*Defendant.*

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

## DECLARATION OF RONALD WIELKOPOLSKI IN SUPPORT OF PLAINTIFF APPELLEE-CROSS APPELLANT BRIGHT DATA LTD'S UNOPPOSED MOTION TO EXTEND TIME TO FILE A REPLY BRIEF

Ronald Wielkopolski
Colby Davis
RuyakCherian LLP
1901 L St. NW, Suite 700
Washington, DC 20036
ronw@ruyakcherian.com
colbyd@ruyakcherian.co

Robert Harkins
Korula T. Cherian
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA 94704
(510) 944-0190
bobh@ruyakcherian.com
sunnyc@ruyakcherian.com

*Counsel for Plaintiff-Appellee /
Cross-Appellant Bright Data Ltd.*

Pursuant to 28 U.S.C. § 1746, I, Ronald Wielkopolski, hereby declare as follows:

1.    I am more than eighteen (18) years of age and I am competent to make this declaration. I have personal knowledge of the facts stated herein, and would testify to such facts under oath if asked to do so.

2.    I am an attorney with the law firm of RuyakCherian LLP.  I am counsel of record for Appellee – Cross Appellant Bright Data Ltd. ("Bright Data") and submit this declaration in support of Plaintiff Appellee-Cross Appellant Bright Data Ltd.'s Unopposed Motion for Leave to Extend Time to File a Reply Brief.

3.    On January 27, 2022, the Court issued an Order (Dkt. 74) setting the the due dates for Appellant's response and reply brief on April 11, 2022 and Bright Data's reply brief on May 2, 2022.

4.    On April 4, 2022, Appellant and Cross-Appellee BI Science (2009) Ltd. filed a motion for a 14-day extension on its response and reply brief.  On April 5, 2022, the Court issued a text only order granting Appellant's motion moving Appellant's response and reply brief due date to April 25, 2022, a week before the due date for Bright Data's reply brief, without addressing the due date for Bright Data' reply.

5.    On April 25, 2022, Appellant filed its response and reply at 6:48 pm Eastern Daylight Time.  The next day, on April 26, 2022, the Court issued a modified entry for the Appellee response and reply brief attached as Exhibit A, which stated

"unless ordered otherwise, any responsive deadline runs from the date of service of this brief."

6.    Out of an abundance of caution, I contacted the clerk's office on April 29, 2022 seeking clarification regarding the due date of Bright Data's Ltd.'s reply brief.  I was informed that the April 4, 2022 Order did not change the Bright Data reply due date set in the January 27, 2022 order and that the April 26, 2022 modified entry was entered in error.  The Court then issued a new modified entry on April 29, 2022 attached as Exhibit B, which corrected the April 26, 2022 entry removing the statement "unless ordered otherwise, any responsive deadline runs from the date of service of this brief."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 29, 2022 in Washington, D.C.

*/s/ Ronald Wielkopolski*

EXHIBIT A

## Ron Wielkopolski

**From:** FilingNotice@cafc.uscourts.gov
**Sent:** Tuesday, April 26, 2022 3:23 PM
**To:** Ron Wielkopolski
**Subject:** Re-send: 20-2118-KH Bright Data Ltd. v. BI Science (2009) Ltd. "Reply Brief"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**United States Court of Appeals for the Federal Circuit**

**Amended 04/26/2022 15:22:38: Notice of Docket Activity**

The following transaction was entered on 04/25/2022 at 6:48:32 PM Eastern Daylight Time and filed on 04/25/2022

**Case Name:**    Bright Data Ltd. v. BI Science (2009) Ltd.
**Case Number:**  20-2118
**Document(s):**  Document(s)

**Docket Text:**
MODIFIED ENTRY: REPLY BRIEF FILED by Appellant BI Science (2009) Ltd.. Service: 04/25/2022 by email. Unless ordered otherwise, any responsive deadline runs from the date of service of this brief. See Fed. Cir. R. 31. [845313] --[Edited 04/26/2022 by KMH - compliance review complete] [Michael Charish]

**Notice will be electronically mailed to:**

Michael A. Charish, -: michael@charish.law, ruthy@charish.law
Mr. Korula T. Cherian, Attorney: sunnyc@ruyakcherian.com, 7472140420@filings.docketbird.com
Colby Davis, Attorney: colby.a.davis@gmail.com, colbyd@ruyakcherian.com
Mr. Robert M. Harkins, Jr., Attorney: bobh@ruyakcherian.com, leac@ruyakcherian.com, christinaf@ruyakcherian.com, 7472140420@filings.docketbird.com
William Milliken: wmilliken@sternekessler.com, rkaiser@sternekessler.com, litla@sternekessler.com
John Christopher Rozendaal, Attorney: jcrozendaal@sternekessler.com, rkaiser@sternekessler.com, litla@sternekessler.com
Ronald Wielkopolski: ronw@ruyakcherian.com

The following document(s) are associated with this transaction:
**Document Description:** Reply Brief
**Original Filename:** 2022 04 25 BI Science's Response and Reply Brief.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1222887174 [Date=04/25/2022] [FileNumber=845313-0]
[00747bc80767ec398a16f48ef3435d5a3d51c015109c6e62de4a309c31864c5b70bd0b325d1dffe46aa156431937e99b8f3
b6d0d3f49a92044c5c089d1ea90b9]]

# EXHIBIT B

**Ron Wielkopolski**

| | |
|---|---|
| **From:** | FilingNotice@cafc.uscourts.gov |
| **Sent:** | Friday, April 29, 2022 10:43 AM |
| **To:** | Ron Wielkopolski |
| **Subject:** | Re-send: 20-2118-KH Bright Data Ltd. v. BI Science (2009) Ltd. "Reply Brief" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**United States Court of Appeals for the Federal Circuit**

**Amended 04/29/2022 10:43:16: Notice of Docket Activity**

The following transaction was entered on 04/25/2022 at 6:48:32 PM Eastern Daylight Time and filed on 04/25/2022

**Case Name:** Bright Data Ltd. v. BI Science (2009) Ltd.
**Case Number:** 20-2118
**Document(s):** Document(s)

**Docket Text:**
MODIFIED ENTRY: REPLY BRIEF FILED by Appellant BI Science (2009) Ltd.. Service: 04/25/2022 by email. [845313] -- [Edited 04/26/2022 by KMH - compliance review complete]--[Edited 04/29/2022 by KMH to correct docket text] [Michael Charish]

**Notice will be electronically mailed to:**

Michael A. Charish, -: michael@charish.law, ruthy@charish.law
Mr. Korula T. Cherian, Attorney: sunnyc@ruyakcherian.com, 7472140420@filings.docketbird.com
Colby Davis, Attorney: colby.a.davis@gmail.com, colbyd@ruyakcherian.com
Mr. Robert M. Harkins, Jr., Attorney: bobh@ruyakcherian.com, leac@ruyakcherian.com, christinaf@ruyakcherian.com, 7472140420@filings.docketbird.com
William Milliken: wmilliken@sternekessler.com, rkaiser@sternekessler.com, litla@sternekessler.com
John Christopher Rozendaal, Attorney: jcrozendaal@sternekessler.com, rkaiser@sternekessler.com, litla@sternekessler.com
Ronald Wielkopolski: ronw@ruyakcherian.com

The following document(s) are associated with this transaction:
**Document Description:** Reply Brief
**Original Filename:** 2022 04 25 BI Science's Response and Reply Brief.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1222887174 [Date=04/25/2022] [FileNumber=845313-0]
[00747bc80767ec398a16f48ef3435d5a3d51c015109c6e62de4a309c31864c5b70bd0b325d1dffe46aa156431937e99b8f3
b6d0d3f49a92044c5c089d1ea90b9]]