**2020-2118, -2181, 2021-1664, -1667**

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### BRIGHT DATA LTD.,

*Plaintiff-Cross-Appellant*

**v.**

### BI SCIENCE (2009) LTD.,

*Defendant-Appellant*

### BI SCIENCE INC.,

*Defendant*.

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

## JOINT MOTION TO EXTEND TIME TO FILE JOINT APPENDIX TO RESOLVE CONFIDENTIALITY ISSUES

Robert Harkins
Korula T. Cherian
**RUYAKCHERIAN LLP**
1936 University Ave, Ste. 350
Berkeley, CA 94704
(510) 944-0190

Ronald Wielkopolski
Colby Davis
**RUYAKCHERIAN LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
(202) 838-1560

*Counsel for Plaintiff Bright Data Ltd.*

John Christopher Rozendaal
William H. Milliken
**STERNE KESSLER GOLDSTEIN & FOX**
1100 New York Avenue, NW
Washington, DC 20005
(202) 371-2600

Michael A. Charish
**CHARISH LAW GROUP P.C.**
347 Fifth Avenue, Suite 1402
New York, New York 10016
(646) 328-0183

*Counsel for Appellant BI Science (2009) Ltd.*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

| **Case Number** | 2020-2118, -2181, 2021-1664, -1667 |
|---|---|
| **Short Case Caption** | Bright Data Ltd. v. BI Science (2009) Ltd. |
| **Filing Party/Entity** | Appellant BI Science (2009) Ltd. |

> **Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 08/04/2021

Signature: /s/ William H. Milliken

Name: William H. Milliken

FORM 9. Certificate of Interest

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| BI Science (2009) Ltd. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

FORM 9. Certificate of Interest

Form 9 (p. 3)
July 2020

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable          ☐ Additional pages attached

| | | |
|---|---|---|
| Findlay Craft PC: Eric H. Findlay | Findlay Craft PC: Kelce S. Wilson | Love Law Firm PC: Gregory P. Love |
| Findlay Craft PC: Robert B. Craft | Liston Abramson LLP: Ronald Abramson | |
| Findlay Craft PC: Debra E. Gunter | Liston Abramson LLP: Mord M. Lewis | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☐ None/Not Applicable          ☐ Additional pages attached

| | | |
|---|---|---|
| Luminati Networks Ltd. v. BI Science (2009) Ltd., No. 2:19-cv-352 (E.D. Tex.) | BI Science (2009) Ltd. a/k/a BIScience Inc. v. Luminati Networks Ltd., IPR2020-00166 (PTAB) | |
| Luminati Networks Ltd. v. BI Science (2009) Ltd., No. 2:19-cv-397 (E.D. Tex.) | BI Science (2009) Ltd. a/k/a BIScience Inc. v. Luminati Networks Ltd., IPR2020-00167 (PTAB) | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable          ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### <u>CERTIFICATE OF INTEREST</u>

**Case Number**   2020-2118, -2181, 2021-1664, -1667

**Short Case Caption**   Bright Data Ltd. v. BI Science (2009) Ltd.

**Filing Party/Entity**   Bright Data Ltd.

---

**Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 6/10/2021

Signature:   /s/ Robert Harkins

Name:   Robert Harkins

FORM 9. Certificate of Interest

Form 9 (p. 2)
July 2020

| 1. **Represented Entities.** Fed. Cir. R. 47.4(a)(1). | 2. **Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | 3. **Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☐ None/Not Applicable |
| Bright Data Ltd. | | IPPN Group Ltd. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐    None/Not Applicable            ☐    Additional pages attached

| | | |
|---|---|---|
| Mann Tindel Thompson Law Group<br>300 West Main, Henderson, TX 75652 | James Mark Mann | Gregory Blake Thompson |
| Capshaw DeRieux, LLP<br>114 E. Commerce Ave., Gladewater, TX 75647 | Elizabeth L. DeRieux | S. Calvin Capshaw |
| RuyakCherian LLP<br>1901 L St. NW, Suite 700, Washington, DC 20036 | Amadou Kilkenny Diaw | |

**5. Related Cases.**  Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal.  Do not include the originating case number(s) for this case.  Fed. Cir. R. 47.4(a)(5).  See also Fed. Cir. R. 47.5(b).

☑    None/Not Applicable            ☐    Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable            ☐    Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Pursuant to Federal Circuit Rule 26(b)(4), Appellant BI Science (2009) Ltd. and Cross-Appellant Plaintiff Bright Data Ltd. respectfully move for a five-day extension of time to file the joint appendix in this appeal for the purpose of resolving confidentiality issues.

The joint appendix is currently due on May 23, 2022. The parties respectfully request a five-day extension of that deadline under Federal Circuit Rule 26(b)(4), which would result in a revised due date of May 31, 2022. The parties are still conferring in an effort to minimize the amount of material redacted from the public version of the joint appendix. The requested extension will provide the parties adequate time to resolve those issues and may reduce the amount of confidential material in the joint appendix. *See* Ex. A (Milliken Declaration) ¶ 2.

For the foregoing reasons, the parties respectfully request an extension of time, to and including May 31, 2022, to file the joint appendix.

Respectfully submitted,

*/s/ Ronald Wielkopolski*
Robert Harkins
Korula T. Cherian
**RUYAKCHERIAN LLP**
1936 University Ave, Ste. 350
Berkeley, CA 94704
(510) 944-0190

Ronald Wielkopolski
Colby Davis
**RUYAKCHERIAN LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
(202) 838-1560

*Counsel for Plaintiff Bright Data Ltd.*

*/s/ William H. Milliken*
John Christopher Rozendaal
William H. Milliken
**STERNE KESSLER GOLDSTEIN & FOX**
1100 New York Avenue, NW
Washington, DC 20005
(202) 371-2600

Michael A. Charish
**CHARISH LAW GROUP P.C.**
347 Fifth Avenue, Suite 1402
New York, New York 10016
(646) 328-0183

*Counsel for Appellant BI Science (2009) Ltd.*

Dated: May 23, 2022

Exhibit A

**DECLARATION OF WILLIAM H. MILLIKEN
IN SUPPORT OF JOINT MOTION TO EXTEND TIME
TO FILE JOINT APPENDIX TO RESOLVE CONFIDENTIALITY ISSUES**

_____

I, William H. Milliken, hereby declare:

1.      I am a Director at Sterne, Kessler, Goldstein & Fox and counsel for Appellant BI Science (2009) Ltd. in this appeal.  I submit this declaration in support the parties' Joint Motion to Extend Time to File Joint Appendix to Resolve Confidentiality Issues.

2.      The parties are still working to resolve confidentiality issues regarding certain pages in the joint appendix. The requested five-day extension will provide the parties adequate time to resolve those issues and may reduce the amount of confidential material in the joint appendix.

3.      This request is not being made for the purposes of undue delay.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated:  May 23, 2022                    _/s/ William H. Milliken_
                                        William H. Milliken

FORM 19. Certificate of Compliance with Type-Volume Limitations

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:**  2020-2118, -2181, 2021-1664, -1667

**Short Case Caption:**  Bright Data Ltd. v. BI Science (2009) Ltd.

> **Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes  416  words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 05/23/2022

Signature:  /s/ William H. Milliken

Name:  William H. Milliken