2020-2118, -2181, 2021-1664, -1667

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### BRIGHT DATA LTD.,

*Plaintiff-Cross-Appellant*

v.

### BI SCIENCE (2009) LTD.,

*Defendant-Appellant*

### BI SCIENCE INC.,

*Defendant.*

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

## APPELLANT'S CERTIFICATE OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 25.1(C)(2)(A)

Michael A. Charish
**Charish Law Group P.C.**
347 Fifth Avenue, Suite 1402
New York, New York 10016
646.328.0183

John Christopher Rozendaal
William H. Milliken
**Sterne Kessler Goldstein & Fox**
1100 New York Avenue, NW
Washington, DC 20005
202.371.2600

*Counsel for Appellant BI Science (2009) Ltd.*

Dated: May 31, 2022

The record before the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG was subject to a protective order. Appellant BI SCIENCE (2009) Ltd. hereby certifies that it has complied with its obligations under Federal Circuit Rule 25.1(c)(2)(A).

Dated: May 31, 2022

Respectfully submitted,

 */s/ William H. Milliken*
Michael A. Charish
**Charish Law Group P.C.**
347 Fifth Avenue, Suite 1402
New York, New York 10016
646.328.0183

John Christopher Rozendaal
William H. Milliken
**Sterne Kessler Goldstein
 & Fox PLLC**
1100 New York Avenue, NW
Washington, DC 20005
202.371.2600

*Counsel for Appellant
BI Science (2009) Ltd.*