**2020-2118, -2181, 2021-1664, -1667**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**BRIGHT DATA LTD.,**

*Plaintiff-Cross-Appellant*

**v.**

**BI SCIENCE (2009) LTD.,**

*Defendant-Appellant*

**BI SCIENCE INC.,**

*Defendant*.

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

# JOINT STATEMENT OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 33(A)

Robert Harkins
Korula T. Cherian
**RUYAKCHERIAN LLP**
1936 University Ave, Ste. 350
Berkeley, CA 94704
(510) 944-0190

Ronald Wielkopolski
Colby Davis
**RUYAKCHERIAN LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
(202) 838-1560

*Counsel for Plaintiff Bright Data Ltd.*

John Christopher Rozendaal
William H. Milliken
**STERNE KESSLER GOLDSTEIN & FOX**
1100 New York Avenue, NW
Washington, DC 20005
(202) 371-2600

Michael A. Charish
**CHARISH LAW GROUP P.C.**
347 Fifth Avenue, Suite 1402
New York, New York 10016
(646) 328-0183

*Counsel for Appellant BI Science (2009) Ltd.*

In accordance with Federal Circuit Rule 33(a), all parties have conducted settlement discussions. No agreement has been reached at this time.

Respectfully submitted,

| | |
|---|---|
| */s/ Ronald Wielkopolski* | */s/ William H. Milliken* |
| Robert Harkins<br>Korula T. Cherian<br>**RUYAKCHERIAN LLP**<br>1936 University Ave, Ste. 350<br>Berkeley, CA 94704<br>(510) 944-0190<br><br>Ronald Wielkopolski<br>Colby Davis<br>**RUYAKCHERIAN LLP**<br>1901 L St. NW, Suite 700<br>Washington, DC 20036<br>(202) 838-1560<br><br>*Counsel for Plaintiff Bright Data Ltd.* | John Christopher Rozendaal<br>William H. Milliken<br>**STERNE KESSLER GOLDSTEIN & FOX**<br>1100 New York Avenue, NW<br>Washington, DC 20005<br>(202) 371-2600<br><br>Michael A. Charish<br>**CHARISH LAW GROUP P.C.**<br>347 Fifth Avenue, Suite 1402<br>New York, New York 10016<br>(646) 328-0183<br><br>*Counsel for Appellant BI Science (2009) Ltd.* |

Dated: May 31, 2022