**2020-2118, -2181, 2021-1664, -1667**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**BRIGHT DATA LTD.,**

Plaintiff-Cross-Appellant

v.

**BI SCIENCE (2009) LTD.,**

Defendant-Appellant

**BI SCIENCE INC.,**

Defendant.

**Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap**

**APPELLANT'S NOTICE OF CORRECTION REGARDING ITS CORRECTED PRINCIPAL BRIEF**

Michael A. Charish
**Charish Law Group, P.C.**
347 Fifth Avenue, Suite 1402
New York, NY 10016
646.328.0183

John Christopher Rozendaal
William H. Milliken
**Sterne Kessler Goldstein
 & Fox PLLC**
1100 New York Avenue, NW
Washington, DC 20005
202.371.2600

*Counsel for Appellant
BI Science (2009) Ltd.*

Dated: June 14, 2022

Pursuant to Federal Circuit Rule 25(i), Appellant BI Science (2009) Ltd. hereby files a notice of correction regarding the confidential and non-confidential versions of its corrected principal brief. *See* Dkt. 72, Dkt. 73.

BI Science makes one change to the addendum to each version of its corrected principal brief. Specifically, confidentiality markings have been removed from the document appearing at Appx14-26. More precisely, red brackets have been removed from each page of the confidential version of Appx14-26, and the non-confidential version of Appx14-26 no longer contains any redactions. This change ensures that the version of Appx14-26 attached to BI Science's corrected principal brief conforms to the version included in the parties' recently filed joint appendix (Dkt. 89, Dkt. 90).

The corrected copies are being electronically filed contemporaneously with this notice.

Dated: June 14, 2022                           Respectfully submitted,

   */s/ John Christopher Rozendaal*
Michael A. Charish
**Charish Law Group, P.C.**
347 Fifth Avenue, Suite 1402
New York, NY 10016
646.328.0183

John Christopher Rozendaal
William H. Milliken
**Sterne Kessler Goldstein
 & Fox PLLC**
1100 New York Avenue, NW
Washington, DC 20005
202.371.2600

*Counsel for Appellant
BI Science (2009) Ltd.*