2020-2118, -2181, 2021-1664, -1667

---

# United States Court of Appeals for the Federal Circuit

---

**BRIGHT DATA LTD.,**

*Plaintiff-Cross-Appellant*

**v.**

**BI SCIENCE (2009) LTD.,**

*Defendant-Appellant*

**BI SCIENCE INC.,**

*Defendant.*

Appeals from the United States District Court for the Eastern District of Texas, No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap

---

## BI SCIENCE'S MOTION TO DIVIDE ARGUMENT

---

John Christopher Rozendaal
William H. Milliken
**Sterne Kessler Goldstein & Fox PLLC**
1100 New York Avenue, NW
Washington, DC  20005
(202) 371-2600

Michael A. Charish
**CHARISH LAW GROUP P.C.**
347 Fifth Avenue, Suite 1402
New York, New York 10016
(646) 328-0183

*Counsel for Appellant,*
*BI Science (2009) Ltd.*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

| | |
|---|---|
| **Case Number** | 2020-2118, -2181, 2021-1664, -1667 |
| **Short Case Caption** | Bright Data Ltd. v. BI Science (2009) Ltd. |
| **Filing Party/Entity** | BI Science (2009) Ltd. |

---

**Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/15/2022

Signature: /s/ William H. Milliken

Name: William H. Milliken

FORM 9. Certificate of Interest

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| BI Science (2009) Ltd. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| Findlay Craft PC: Eric H. Findlay | Findlay Craft PC: Kelce S. Wilson | Love Law Firm PC: Gregory P. Love |
| Findlay Craft PC: Robert B. Craft | Liston Abramson LLP: Ronald Abramson | |
| Findlay Craft PC: Debra E. Gunter | iston Abramson LLP: Mord M. Lewis | |

**5. Related Cases.**  Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal.  Do not include the originating case number(s) for this case.  Fed. Cir. R. 47.4(a)(5).  See also Fed. Cir. R. 47.5(b).

☐    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| Luminati Networks Ltd. v. BI Science (2009) Ltd., No. 2:19-cv-352 (E.D. Tex.) | BI Science (2009) Ltd. a/k/a BIScience Inc. v. Luminati Networks Ltd., IPR2020-00166 (PTAB) | |
| Luminati Networks Ltd. v. BI Science (2009) Ltd., No. 2:19-cv-397 (E.D. Tex.) | BI Science (2009) Ltd. a/k/a BIScience Inc. v. Luminati Networks Ltd., IPR2020-00167 (PTAB) | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Appellant BI Science (2009) Ltd. respectfully moves the Court to allow two counsel to argue on its behalf in the above-captioned appeal and cross-appeal. *See* Fed. Cir. R. 34(e)(2).

The appeal in this matter concerns two issues: (i) whether the district court had personal jurisdiction over BI Science and (ii) whether the parties entered into a binding settlement agreement. The cross-appeal concerns a third, entirely separate issue: whether claim 108 of Bright Data's U.S. Patent No. 9,241,044 is invalid as indefinite. Thus far in this appeal, BI Science's counsel at Charish Law Group have assumed primary responsibility for the two issues in the appeal, whereas BI Science's counsel at Sterne Kessler Goldstein & Fox have assumed primary responsibility for the issue in the cross-appeal. BI Science respectfully requests that it be permitted to divide argument responsibilities in a similar fashion.

If this request is granted, Michael Charish of Charish Law Group intends to argue on behalf of BI Science with respect to the issues presented in the appeal, and William H. Milliken of Sterne, Kessler, Goldstein & Fox intends to argue on behalf of BI Science with respect to the issues presented in the cross-appeal. Both counsel are submitting scheduling conflicts contemporaneously with the filing of this motion.

## STATEMENT OF CONSENT

BI Science has conferred with counsel for Bright Data regarding the relief sought in this motion. Bright Data does not oppose the motion and does not intend to file a response.


Dated: June 15, 2022

Respectfully submitted,

 */s/ William H. Milliken*
John Christopher Rozendaal
William H. Milliken
**Sterne Kessler Goldstein & Fox PLLC**
1100 New York Avenue, N.W.
Washington, DC 20005
(202) 371-2600

Michael A. Charish
**CHARISH LAW GROUP P.C.**
347 Fifth Avenue, Suite 1402
New York, New York 10016
(646) 328-0183

*Counsel for Appellee,*
*BI Science (2009) Ltd.*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2020-2118, -2181, 2021-1664, -1667

**Short Case Caption:** Bright Data Ltd. v. BI Science (2009) Ltd.

> **Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes  208  words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 06/15/2022

Signature: /s/ William H. Milliken

Name: William H. Milliken