FORM 32. Response to Notice to Advise of Scheduling Conflicts        Form 32
                                                                     July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 2020-2118, -2181, 2021-1664, -1667

**Short Case Caption:** Bright Data Ltd. v. BI Science (2009) Ltd.

| Party Name(s) | BI Science (2009) Ltd. |
|---|---|
| **Name of Arguing Counsel** | William H. Milliken |
| **Dates Unavailable**<br><br>List up to **ten dates** of unavailability within the specific sessions identified by the court in the Notice to Advise of Scheduling Conflicts in this case.<br><br>**Attach a statement showing good cause for each listed date.** Dates listed without a supporting statement will not be considered in scheduling argument. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | 08/05/2022<br>12/06/2022<br>12/07/2022<br>12/08/2022<br>12/09/2022<br>01/09/2022<br>01/10/2022<br>01/11/2022<br>01/12/2022<br>01/13/2022 |
| **Potential Other Conflicts**<br><br>Please list other pending cases before this court in which above counsel intends to argue (regardless of case status). | Roku, Inc. v. Universal Electronics, Inc., 2022-1058;<br>Smart Communications IP Holdings v. York County, 1:20-cv-00186;<br>TRUSTID Inc. v. Next Caller, Inc., 2022-1433 |

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 06/15/2022        Signature: /s/ William H. Milliken

                        Name:      William H. Milliken

**Bright Data Ltd. v. BI Science (2009) Ltd.**
**2020-2118, -2181, 2021-1664, -1667**

<u>Statement Supporting Scheduling Conflicts with Oral Argument Calendar</u>

I will be unable to attend oral argument on August 5, 2022 due to a previously scheduled vacation. Additionally, I will be unable to attend oral argument December 6-9, 2022, and January 9-13, 2023, because I will be on paternity leave during those times. Accordingly, I respectfully request that the Court not schedule oral argument in this matter for any of the previously mentioned dates.

/s/ *William H. Milliken*
William H. Milliken

18591016.1