FORM 32. Response to Notice to Advise of Scheduling Conflicts　　　　　　　Form 32
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

Case Number: 2020-2118, -2181, 2021-1664, -1667

Short Case Caption: Bright Data Ltd. v. BI Science (2009) Ltd.

| Party Name(s) | BI Science (2009) Ltd. |
|---|---|
| **Name of Arguing Counsel** | Michael Charish |
| **Dates Unavailable**<br><br>List up to **ten dates** of unavailability within the specific sessions identified by the court in the Notice to Advise of Scheduling Conflicts in this case.<br><br>**Attach a statement showing good cause for each listed date.** Dates listed without a supporting statement will not be considered in scheduling argument. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | 10/04/2022<br><br>10/05/2022<br><br>10/06/2022 |
| **Potential Other Conflicts**<br><br>Please list other pending cases before this court in which above counsel intends to argue (regardless of case status). | |

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 06/15/2022　　　　　　　　　　　Signature: /s/ Michael Charish

　　　　　　　　　　　　　　　　　　　　Name:　　Michael Charish

**Bright Data Ltd. v. BI Science (2009) Ltd.**
**2020-2118, -2181, 2021-1664, -1667**

<u>Statement Supporting Scheduling Conflicts with Oral Argument Calendar</u>

I will be unable to attend oral argument on October 4-6, 2022 due to the Jewish holiday, Yom Kippur. Accordingly, I respectfully request that the Court not schedule oral argument in this matter for October 4-6, 2022.

<u>*/s/ Michael Charish*</u>
Michael Charish

18591883.1