FORM 32. Response to Notice to Advise of Scheduling Conflicts  Form 32
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS**

Case Number: 2020-2118, -2181, 2021-1664, -1667

Short Case Caption: Bright Data Ltd. v. BI Science (2009) Ltd.

| | |
|---|---|
| **Party Name(s)** | Bright Data Ltd. |
| **Name of Arguing Counsel** | Robert Harkins |
| **Dates Unavailable** List up to **ten dates** of unavailability within the specific sessions identified by the court in the Notice to Advise of Scheduling Conflicts in this case. **Attach a statement showing good cause for each listed date.** Dates listed without a supporting statement will not be considered in scheduling argument. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | 08/23/202 <br> 08/24/202 <br> 08/25/2022 <br> 11/14/2022 to 11/16/2022 <br> 01/19/2023 to 1/20/2023 <br> 1/30/2023 to 1/31/2023 |
| **Potential Other Conflicts** Please list other pending cases before this court in which above counsel intends to argue (regardless of case status). | 20-1147-JC Team Worldwide Corp., v. Intex Recreation Corp. <br><br> 20-1141, -1142, -1143, -1149, -1150, -1151 Intex Recreation Corp., Bestway USA Inc., v. Team Worldwide Corp. |

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 06/15/2022     Signature: /s/ Robert Harkins

Name: Robert Harkins

# CHERIAN LLP

1936 University Avenue, Suite 350
Berkeley, CA 94704
Office: 510.944.0187
Mobile: 415.254.1364

**Robert Harkins**
Partner

June 15, 2022

**By CM/ECF**

Re: Bright Data Ltd. v. BI Science (2009) Ltd. Case No.2020-2118; Scheduling Conflicts for Oral Argument

Dear Peter R. Marksteiner:

I am the arguing attorney for Plaintiff, Bright Data Ltd. Pursuant to this Court Notice to Advise of Scheduling Conflicts of Arguing Counsel, I write to inform that I am unavailable for oral argument due to a court-ordered mediation and travel associated with my attendance tentatively scheduled on August 23, 2022 to August 25, 2022 in the matters of Bright Data Ltd. v. NetNut Ltd, Case No. 2:21-cv-225, Bright Data Ltd. v. Tefincom S.A., Case No. 2:19-cv-414, and Bright Data Ltd. v. Code200, Case No. 2:19-cv-396. I am unavailable for oral argument on November 14, 2022 to November 16, 2022 due to a trial scheduled with the Superior Court of Alameda, California in the matter of Passport Management, LLC v. Douglas Weekes Case No: RG18926048. I am unavailable from January 19, 2023 to January 20, 2023 due to a pretrial conference and travel associated with attendance in the matter of The Coleman Company, Inc. v. Team Worldwide Corp., Case No. 2:20-cv-351. I am unavailable on January 30, 2023 and January 31, 2023 due to scheduled trial in the matter of The Coleman Company, Inc. v. Team Worldwide Corp., Case No. 2:20-cv-351. Accordingly, there is good cause for each of the above listed dates and I respectfully request that the Court not schedule oral argument on the identified dates.

Respectfully submitted,

June 15, 2022

By: */s/ Robert Harkins*
Robert Harkins

CHERIAN LLP