FORM 8A. Entry of Appearance                                    Form 8A (p.1)
                                                                July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2020-2118, 2020-2181, 2021-1664, 2021-1667

**Short Case Caption:** Bright Data Ltd. v. BI Science (2009) Ltd.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| Bright Data Ltd. | |
|---|---|
| **Principal Counsel:** Korula T. Cherian | Admission Date: 10/17/1989 |
| Firm/Agency/Org.: Cherian LLP | |
| Address: 1936 University Ave., Ste. 350, Berkeley, CA 94704 | |
| Phone: 510-944-0185 | Email: sunnyc@cherianllp.com |
| **Other Counsel:** Robert M. Harkins, Jr. | Admission Date: 7/21/2001 |
| Firm/Agency/Org.: Cherian LLP | |
| Address: 1936 University Ave., Ste 350, Berkeley, CA 94704 | |
| Phone: 510-944-0187 | Email: bobh@cherianllp.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 6/20/22                    Signature: /s/ Robert Harkins

                                 Name:      Robert Harkins

**FORM 8A. Entry of Appearance**　　　　　　　　　　　　　　　　　　　Form 8A (p.2)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Ronald R. Wielkopolski | Admission Date: 7/16/2013 |
|---|---|
| Firm/Agency/Org.: Cherian LLP | |
| Address: 1901 L. St. NW., Ste 700, Washington, DC 20036 | |
| Phone: 202-838-1568 | Email: ronw@cherianllp.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |