**FORM 32. Response to Notice to Advise of Scheduling Conflicts**

Form 32
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 2020-2118, -2181, 2021-1664, -1667

**Short Case Caption:** Bright Data Ltd. v. BI Science (2009)  Ltd.

| Party Name(s) | BI Science (2009) Ltd. |
|---|---|
| **Name of Arguing Counsel** | Michael Charish |
| **Dates  Unavailable**<br><br>List up to **ten dates** of unavailability within the specific sessions identified by the court in the Notice to Advise of Scheduling Conflicts in this case.<br><br>**Attach a statement showing good cause for each listed date.** Dates listed without a supporting statement will not be considered in scheduling argument. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | 12/05/2022<br>12/06/2022<br>01/09/2023<br>01/10/2023<br>01/11/2023<br>01/12/2023<br>01/13/2023 |
| **Potential Other Conflicts**<br><br>Please list other pending cases before this court in which above counsel intends to argue (regardless of case status). | |

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 10/26/2022

Signature: /s/  Michael Charish

Name: Michael Charish

**Bright Data Ltd. v. BI Science (2009) Ltd.**
**2020-2118, -2181, 2021-1664, -1667**

<u>Statement Supporting Scheduling Conflicts with Oral Argument Calendar</u>

I will be unable to attend oral argument December 5-6, 2022 because I will be abroad for my niece's wedding. Additionally, I will be unable to attend oral argument January 9-13, 2023 because I will be abroad for my son's wedding. Accordingly, I respectfully request that the Court not schedule oral argument in this matter for any of the previously mentioned dates.

*/s/ Michael Charish*
Michael Charish

18591883.1