FORM 32. Response to Notice to Advise of Scheduling Conflicts       Form 32
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 2020-2118, -2181, 2021-1664, -1667

**Short Case Caption:** Bright Data Ltd. v. BI Science (2009) Ltd.

| Party Name(s) | BI Science (2009) Ltd. |
|---|---|
| **Name of Arguing Counsel** | William H. Milliken |
| **Dates Unavailable**<br><br>List up to **ten dates** of unavailability within the specific sessions identified by the court in the Notice to Advise of Scheduling Conflicts in this case.<br><br>**Attach a statement showing good cause for each listed date.** Dates listed without a supporting statement will not be considered in scheduling argument. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | |
| **Potential Other Conflicts**<br><br>Please list other pending cases before this court in which above counsel intends to argue (regardless of case status). | HLFIP Holding, Inc. v. York County, PA, 2022-1940 |

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 01/19/2023         Signature: /s/ William H. Milliken

                         Name:       William H. Milliken