FORM 32. Response to Notice to Advise of Scheduling Conflicts　　　　　　　Form 32
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS**

Case Number: 2020-2118, -2181, 2021-1664, -1667

Short Case Caption: Bright Data Ltd. v. BI Science (2009) Ltd.

| | |
|---|---|
| **Party Name(s)** | BI Science (2009) Ltd. |
| **Name of Arguing Counsel** | Michael Charish |
| **Dates Unavailable**<br><br>List up to **ten dates** of unavailability within the specific sessions identified by the court in the Notice to Advise of Scheduling Conflicts in this case.<br><br>**Attach a statement showing good cause for each listed date.** Dates listed without a supporting statement will not be considered in scheduling argument. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | 04/04/2023<br>04/05/2023<br>04/06/2023<br>04/07/2023 |
| **Potential Other Conflicts**<br><br>Please list other pending cases before this court in which above counsel intends to argue (regardless of case status). | |

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 01/19/2023　　　　　　　　　　Signature: /s/ Michael Charish

　　　　　　　　　　　　　　　　　　　Name: Michael Charish

**Bright Data Ltd. v. BI Science (2009) Ltd.**
**2020-2118, -2181, 2021-1664, -1667**

Statement Supporting Scheduling Conflicts with Oral Argument Calendar

I will be unable to attend oral argument on April 4-7, 2023 due to the Jewish holiday, Passover, and a previously scheduled vacation. Accordingly, I respectfully request that the Court not schedule oral argument in this matter for April 4-7, 2023.

        /s/ *Michael Charish*
        Michael Charish