FORM 32. Response to Notice to Advise of Scheduling Conflicts | Form 32
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 2020-2118, -2181, 2021-1664, -1667

**Short Case Caption:** Bright Data Ltd. v. BI Science (2009) Ltd.

| | |
|---|---|
| **Party Name(s)** | Bright Data Ltd. |
| **Name of Arguing Counsel** | Robert M. Harkins, Jr. |
| **Dates Unavailable**<br><br>List up to **ten dates** of unavailability within the specific sessions identified by the court in the Notice to Advise of Scheduling Conflicts in this case.<br><br>**Attach a statement showing good cause for each listed date.** Dates listed without a supporting statement will not be considered in scheduling argument. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | 04/03/2023<br>04/04/2023<br>05/01/2023<br>05/02/2023<br>05/02/2023<br>05/03/2023<br>05/04/2023<br>06/09/2023<br>07/12/2023 |
| **Potential Other Conflicts**<br><br>Please list other pending cases before this court in which above counsel intends to argue (regardless of case status). | Intex Recreation Corp. et al. v. Team Worldwide Corp., 20-1141;<br>Team Worldwide Corp. v. Intex Recreation Corp. et al., 22-1147;<br>Team Worldwide Corp. v. Intex Recreation Corp. et al., 22-1860; |

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 01/24/2023

Signature: /s/ Robert M. Harkins, Jr.

Name: Robert M. Harkins, Jr.

**CHERIAN** LLP

2001 Addison St, Suite 275
Berkeley, CA 94704
Office: (510) 944-0187

**Robert M. Harkins**
Partner

January 24, 2023

**By CM/ECF**

Re: Bright Data Ltd. v. BI Science (2009) Ltd. Case No.2020-2118; Scheduling Conflicts for Oral Argument

Dear Peter R. Marksteiner:

I am the arguing attorney for Plaintiff, Bright Data Ltd., in the above appeal. Pursuant to this Court Notice to Advise of Scheduling Conflicts of Arguing Counsel, I write to inform that there is good cause for each of the following conflicts:

- I am unavailable on April 3-4, 2023 due to a hearing and associated travel, as I am arguing as lead counsel in the matter of *Passport Management, LLC v. Douglas Weekes*, Case No: RG18926048, which has a hearing scheduled on April 3, 2023 at the Superior Court of Alameda, California.

- I am unavailable on May 1-5, 2023, as I am arguing as lead counsel on behalf of Marea Energy Partners in an American Arbitration Association, Case No. 01-21-0016-1700, which has an arbitration scheduled for the entire week of May 1, 2023 to May 5, 2023.

- I am unavailable on June 9, 2023, as I am arguing on behalf of Bright Data Ltd. in the oral argument scheduled for June 9, 2023 before the Patent Trial and Appeal Board in IPR2022-00915 and IPR2022-00916.

- I am unavailable on July 12, 2023, as I am arguing on behalf of Bright Data Ltd. in the oral argument scheduled for July 12, 2023 before the Patent Trial and Appeal Board in IPR2022-00687.

Accordingly, as I am an arguing attorney in each of the above matters, there is good cause for each of the above listed dates and I respectfully request that the Court not schedule oral argument on the identified dates.

Respectfully submitted,

January 24, 2023

By: */s/ Robert Harkins*
Robert Harkins

CHERIAN LLP