NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRIGHT DATA LTD.,**
*Plaintiff-Cross-Appellant*

**v.**

**BI SCIENCE (2009) LTD.,**
*Defendant-Appellant*

**BI SCIENCE INC.,**
*Defendant*

---

2020-2118, 2020-2181, 2021-1664, 2021-1667

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Oral argument is presently scheduled in the above-captioned appeal for June 7, 2023.

2                              BRIGHT DATA LTD. v. BI SCIENCE (2009) LTD.

Upon consideration of BI Science (2009) Ltd.'s unopposed motion to waive the requirements of Federal Circuit Rule 34(e)(2) and allow two counsel to present oral argument on its behalf,

IT IS ORDERED THAT:

The motion is granted.

                                        FOR THE COURT

April 26, 2023                          /s/ Peter R. Marksteiner
      Date                              Peter R. Marksteiner
                                        Clerk of Court