2020-2118, -2181, 2021-1664, -1667

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**BRIGHT DATA LTD.,**
*Plaintiff-Cross-Appellant*

v.

**BI SCIENCE (2009) LTD.,**
*Defendant-Appellant / Cross-Appellee*

**BI SCIENCE INC.,**
*Defendant.*

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

## PLAINTIFF APPELLEE / CROSS-APPELLANT BRIGHT DATA LTD'S NON-CONFIDENTIAL UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE JOINT APPENDIX

Ronald Wielkopolski
Cherian LLP
1901 L St. NW, Suite 700
Washington, DC 20036
ronw@cherianllp.com

Robert Harkins
Korula T. Cherian
Cherian LLP
2001 Addison St, Ste. 275
Berkeley, CA 94704
(510) 944-0190
bobh@cherianllp.com
sunnyc@cherianllp.com

*Counsel for Plaintiff-Appellee / Cross-Appellant Bright Data Ltd.*

FORM 9. Certificate of Interest                                      Form 9 (p. 1)
                                                                     March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**CERTIFICATE OF INTEREST**

**Case Number** 2020-2118, -2181; 2021-1664, -1667
**Short Case Caption** Bright Data Ltd. v. BI Science (2009) Ltd.
**Filing Party/Entity** Bright Data Ltd.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/05/2023               Signature: /s/ Robert Harkins

                               Name:      Robert Harkins

FORM 9. Certificate of Interest                                                                                 Form 9 (p. 2)
                                                                                                                  March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☐ None/Not Applicable |
| Bright Data Ltd. | | IPPN Group Ltd. |

☐   Additional pages attached

FORM 9. Certificate of Interest                                             Form 9 (p. 3)
                                                                             March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable      ☐ Additional pages attached

| | | |
|---|---|---|
| Mann Tindel Thompson Law Group<br>300 West Main, Henderson, TX 75652 | James Mark Mann | Gregory Blake Thompson |
| Capshaw DeRieux, LLP<br>114 E. Commerce Ave., Gladewater, TX 75647 | Elizabeth L. DeRieux | S. Calvin Capshaw |
| Cherian LLP<br>1901 L St. NW, Suite 700, Washington, DC 20036 | Amadou Kilkenny Diaw | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below)   ☑ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable      ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Pursuant to Federal Rule of Appellate Procedure 27 and Federal Circuit Rule 27, Appellee / Cross-Appellant Bright Data Ltd. ("Bright Data") respectfully moves for leave to file a supplemental appendix of two versions of a single, 4-page declaration (a total of eight pages), in advance of the June 7, 2023, oral argument in this appeal. Specifically, in their briefs both parties cited to BI Science's March 25, 2020, Response to the Motion to Enforce Settlement Agreement ("Response") (Appx1547-Appx1554). That Response cited as support Exhibit A, the accompanying declaration of BI Science CEO Kfir Moyal. Bright Data's brief intended to cite the brief with its referenced exhibit, but Appx1556-59 was inadvertently omitted from the citation (as well as the later-filed version of the same declaration but with Mr. Moyal's wet signature at Appx1622-25). Both versions were included in the original Joint Appendix designations but inadvertently omitted from the citations in Bright Data's brief and therefore not included in the final Joint Appendix. In preparing for oral argument, the omission was realized and Bright Data believes the Court may find the declarations relevant as to the representations of BI Science's CEO made under oath to the District Court as referenced in the cited Response. Therefore, Pursuant to Federal Circuit Rule 30(1)(B) and 30(e), Bright Data respectfully requests leave to supplement the appendix to add the two versions of the referenced, supporting declaration related to the cited excerpts from the parties' briefing found at Appx1556-59 and Appx1622-25.

The omitted pages are confidential and Bright Data also requests that the supplemental appendix be sealed. Bright Data respectfully requests that it be permitted to file these documents in a supplemental appendix to clarify and complete the relevant factual record before the district court. A copy of the proposed supplemental appendix is attached.

For the foregoing reasons, Bright Data respectfully requests leave to submit the attached supplemental appendix in advance of the June 7, 2023, oral argument.

Dated: June 5, 2023

Respectfully submitted,

By: */s/ Ronald Wielkopolski*

Robert Harkins
Korula T. Cherian
RuyakCherian LLP
2001 Addison St, Ste. 275
Berkeley, CA 94704
(510) 944-0190
bobh@cherianllp.com
sunnyc@cherianllp.com

Ronald Wielkopolski
RuyakCherian LLP
1901 L St. NW, Suite 700
Washington, DC 20036
ronw@cherianllp.com

*Counsel for Plaintiff-Appellee / Cross-Appellant Bright Data Ltd.*

2020-2118, -2181, 2021-1664, -1667

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**BRIGHT DATA LTD.,**
*Plaintiff-Cross-Appellant*

v.

**BI SCIENCE (2009) LTD.,**
*Defendant-Appellant / Cross-Appellee*

**BI SCIENCE INC.,**
*Defendant.*

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

## NON-CONFIDENTIAL SUPPLEMENTAL APPENDIX

Ronald Wielkopolski
Cherian LLP
1901 L St. NW, Suite 700
Washington, DC 20036
ronw@cherianllp.com

Robert Harkins
Korula T. Cherian
Cherian LLP
2001 Addison St, Ste. 275
Berkeley, CA 94704
(510) 944-0190
bobh@cherianllp.com
sunnyc@cherianllp.com

*Counsel for Plaintiff-Appellee / Cross-Appellant Bright Data Ltd.*

Dated: June 5, 2023

**Volume I**

| Docket Entry | Description | Page No. |
|---|---|---|
| 175-2 | Declaration of Kfir Moyal | Appx1556-Appx1559 |
| 176-1 | Signed Declaration of Kfir Moyal | Appx1622-Appx1625 |

# EXHIBIT A

"CONFIDENTIAL MATERIAL REDACTED"

CONFIDENTIAL MATERIAL REDACTED



CONFIDENTIAL MATERIAL REDACTED

# EXHIBIT A

"CONFIDENTIAL MATERIAL REDACTED"

Appx1623



"CONFIDENTIAL MATERIAL REDACTED"



FORM 19. Certificate of Compliance with Type-Volume Limitations                          Form 19
                                                                                         July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2020-2118, 2020-2181, 2021-1664, 2021-1667

**Short Case Caption:** Bright Data Ltd. v. BI Science (2009) Ltd.

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes __364__ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 06/05/2023                Signature: /s/ Ronald Wielkopolski

                                Name: Ronald Wielkopolski

**FORM 30. Certificate of Service**  
Form 30  
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 2020-2118, 2020-2181, 2021-1664, 2021-1667

**Short Case Caption** Bright Data Ltd. v. BI Science (2009) Ltd.

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 06/05/2023

by ☐ U.S. Mail  ☐ Hand Delivery  ☑ Email  ☐ Facsimile  ☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Charish Law Group PC<br>Michael A. Charish | michael@charish.law |
| Sterne Kessler Goldstein & Fox, PLLC<br>William Milliken;<br>John Christopher Rozendaal | wmilliken@sternekessler.com;<br>jcrozendaal@sternekessler.com |
|  |  |
|  |  |
|  |  |

☐ Additional pages attached.

Date: 06/05/2023  Signature: /s/ Ronald Wielkopolski

Name: Ronald Wielkopolski