NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**BRIGHT DATA LTD.,**
*Plaintiff-Cross-Appellant*

v.

**BI SCIENCE (2009) LTD.,**
*Defendant-Appellant*

**BI SCIENCE INC.,**
*Defendant*

2020-2118, 2020-2181, 2021-1664, 2021-1667

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

**ON MOTION**

PER CURIAM.

**O R D E R**

Bright Data Ltd moves for leave to file a supplemental confidential and nonconfidential appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The supplemental confidential and nonconfidential appendix are accepted for filing.

FOR THE COURT

June 6, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court