2020-2118, -2181, 2021-1664, -1667

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**BRIGHT DATA LTD.,**
*Plaintiff-Cross-Appellant*

v.

**BI SCIENCE (2009) LTD.,**
*Defendant-Appellant / Cross-Appellee*

**BI SCIENCE INC.,**
*Defendant.*

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

## NON-CONFIDENTIAL SUPPLEMENTAL APPENDIX

Ronald Wielkopolski
Cherian LLP
1901 L St. NW, Suite 700
Washington, DC 20036
ronw@cherianllp.com

Robert Harkins
Korula T. Cherian
Cherian LLP
2001 Addison St, Ste. 275
Berkeley, CA 94704
(510) 944-0190
bobh@cherianllp.com
sunnyc@cherianllp.com

*Counsel for Plaintiff-Appellee / Cross-Appellant Bright Data Ltd.*

Dated: June 5, 2023

## Volume I

| Docket Entry | Description | Page No. |
|---|---|---|
| 175-2 | Declaration of Kfir Moyal | Appx1556-Appx1559 |
| 176-1 | Signed Declaration of Kfir Moyal | Appx1622-Appx1625 |

# EXHIBIT A

CONFIDENTIAL MATERIAL REDACTED

CONFIDENTIAL MATERIAL REDACTED



CONFIDENTIAL MATERIAL REDACTED

# EXHIBIT A

"CONFIDENTIAL MATERIAL REDACTED"





CONFIDENTIAL MATERIAL REDACTED



FORM 19. Certificate of Compliance with Type-Volume Limitations          Form 19
                                                                         July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2020-2118, 2020-2181, 2021-1664, 2021-1667

**Short Case Caption:** Bright Data Ltd. v. BI Science (2009) Ltd.

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes ___364___ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 06/05/2023                    Signature: /s/ Ronald Wielkopolski

                                    Name: Ronald Wielkopolski

**FORM 30. Certificate of Service**  Form 30  
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF SERVICE

**Case Number**  2020-2118, 2020-2181, 2021-1664, 2021-1667

**Short Case Caption**  Bright Data Ltd. v. BI Science (2009) Ltd.

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on  06/05/2023

by  ☐ U.S. Mail   ☐ Hand Delivery   ☑ Email   ☐ Facsimile  
    ☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Charish Law Group PC<br>Michael A. Charish | michael@charish.law |
| Sterne Kessler Goldstein & Fox, PLLC<br>William Milliken;<br>John Christopher Rozendaal | wmilliken@sternekessler.com;<br>jcrozendaal@sternekessler.com |
| | |
| | |
| | |

☐ Additional pages attached.

Date: 06/05/2023              Signature:  /s/ Ronald Wielkopolski

                              Name:       Ronald Wielkopolski