Nos. 2020-2118, -2181, 2021-1664, -1667

# United States Court of Appeals for the Federal Circuit

BRIGHT DATA LTD.,

*Plaintiff-Cross-Appellant*,

*v.*

BI SCIENCE (2009) LTD.,

*Defendant-Appellant*

BI SCIENCE INC.,

*Defendant.*

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap

## BI SCIENCE'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING

Michael A. Charish
**Charish Law Group, P.C.**
347 Fifth Avenue, Suite 1402
New York, NY 10016
646.328.0183

John Christopher Rozendaal
William H. Milliken
**Sterne Kessler Goldstein & Fox PLLC**
1101 K Street, NW
Washington, DC 20005
202.371.2600

*Counsel for Appellant*
*BI Science (2009) Ltd.*

Dated: September 20, 2023

**FORM 9. Certificate of Interest**

Form 9 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

**Case Number**   2020-2118, -2181, 2021-1664, -1667

**Short Case Caption**   Bright Data Ltd. v. BI Science (2009) Ltd.

**Filing Party/Entity**   Appellant BI Science (2009) Ltd.

---

**Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box**. Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 09/20/2023

Signature: /s/ William H. Milliken

Name: William H. Milliken

FORM 9. Certificate of Interest

Form 9 (p. 2)<br>July 2020

| 1. Represented Entities.<br>Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest.<br>Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders.<br>Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| BI Science (2009) Ltd. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐  Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐   None/Not Applicable ☐   Additional pages attached

| | | |
|---|---|---|
| Findlay Craft PC: Eric H. Findlay | Findlay Craft PC: Kelce S. Wilson | Love Law Firm PC: Gregory P. Love |
| Findlay Craft PC: Robert B. Craft | Liston Abramson LLP: Ronald Abramson | |
| Findlay Craft PC: Debra E. Gunter | Liston Abramson LLP: Mord M. Lewis | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☐   None/Not Applicable ☐   Additional pages attached

| | | |
|---|---|---|
| Luminati Networks Ltd. v. BI Science (2009) Ltd., No. 2:19-cv-352 (E.D. Tex.) | BI Science (2009) Ltd. a/k/a BIScience Inc. v. Luminati Networks Ltd., IPR2020-00166 (PTAB) | |
| Luminati Networks Ltd. v. BI Science (2009) Ltd., No. 2:19-cv-397 (E.D. Tex.) | BI Science (2009) Ltd. a/k/a BIScience Inc. v. Luminati Networks Ltd., IPR2020-00167 (PTAB) | |
| | | |

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑   None/Not Applicable ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

## RELIEF REQUESTED

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Defendant-Appellant BI Science (2009) Ltd. moves for a 14-day extension of time to file a petition for rehearing, from **September 29, 2023**, to **October 13, 2023**. BI Science previously filed unopposed motions for extensions of time to file its blue and yellow briefs, all of which were granted. *See* Dkt. Nos. 24, 26, 28, and 79. Those extensions totaled 42 days. This extension request is filed at least seven days before the date sought to be extended, and is Defendants' fifth motion for an extension of time in this appeal.

## STATEMENT OF CONSENT

Counsel for Plaintiff Cross-Appellant Bright Data Ltd., has indicated that Bright Data does not oppose BI Science's requested 14-day extension.

## ARGUMENT

Good cause exists for a 14-day extension. BI Science's counsel have significant competing professional commitments that have limited and will continue to limit their ability to devote the necessary time to the preparation of Defendants' petition for rehearing without the requested extension. An extension is also necessary to account for principal counsel's recent medical leave and the intervening Jewish high holidays (Yom Kippur on September 24–25 and Sukkot on September 29–October 1 and October 6-8).

## CONCLUSION

For the foregoing reasons, BI Science respectfully requests a 14-day extension of time, to and including **October 13, 2023**, to file its petition for rehearing.

Dated:  September 20, 2023

Respectfully submitted,

_/s/ William H. Milliken_

Michael A. Charish
**Charish Law Group, P.C.**
347 Fifth Avenue, Suite 1402
New York, NY 10016
646.328.0183

John Christopher Rozendaal
William H. Milliken
**Sterne Kessler Goldstein & Fox PLLC**
1101 K Street, NW
Washington, DC 20005
202.371.2600

*Counsel for Appellant*
*BI Science (2009) Ltd.*

**FORM 19. Certificate of Compliance with Type-Volume Limitations**

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS</u>

**Case Number:** <u>20-2118, -2181, 2021-1664, -1667</u>

**Short Case Caption:** <u>Bright Data Ltd. v. BI Science (2009) Ltd.</u>

---

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

---

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑  the filing has been prepared using a proportionally-spaced typeface and includes <u>232</u> words.

☐  the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐  the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: <u>09/20/2023</u>

Signature: <u>/s/ William H. Milliken</u>

Name: <u>William H. Milliken</u>