NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**BRIGHT DATA LTD.,**
*Plaintiff-Cross-Appellant*

v.

**BI SCIENCE (2009) LTD.,**
*Defendant-Appellant*

**BI SCIENCE INC.,**
*Defendant*

2020-2118, 2020-2181, 2021-1664, 2021-1667

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

**ON MOTION**

Before PROST, SCHALL, and HUGHES, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Upon consideration of BI Science (2009) Ltd.'s unopposed motion to extend the time to file a petition for rehearing by 14 days, until October 13, 2023,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

September 21, 2023
Date

Jarrett B. Perlow
Clerk of Court