Nos. 2020-2118, -2181, 2021-1664, -1667

# United States Court of Appeals
# for the Federal Circuit

BRIGHT DATA LTD.,

*Plaintiff-Cross-Appellant*,

*v.*

BI SCIENCE (2009) LTD.,

*Defendant-Appellant*

BI SCIENCE INC.,

*Defendant.*

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap

## BI SCIENCE'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING

Michael A. Charish
**Charish Law Group, P.C.**
347 Fifth Avenue, Suite 1402
New York, NY 10016
646.328.0183

John Christopher Rozendaal
William H. Milliken
**Sterne Kessler Goldstein & Fox PLLC**
1101 K Street, NW
Washington, DC 20005
202.371.2600

*Counsel for Appellant*
*BI Science (2009) Ltd.*

Dated: October 10, 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

**Case Number**   2020-2118, -2181, 2021-1664, -1667

**Short Case Caption**   Bright Data Ltd. v. BI Science (2009) Ltd.

**Filing Party/Entity**   Appellant BI Science (2009) Ltd.

---

**Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/10/2023

Signature:   /s/ William H. Milliken

Name:   William H. Milliken

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| BI Science (2009) Ltd. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐  Additional pages attached

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐  None/Not Applicable                    ☐  Additional pages attached

| | | |
|---|---|---|
| Findlay Craft PC: Eric H. Findlay | Findlay Craft PC: Kelce S. Wilson | Love Law Firm PC: Gregory P. Love |
| Findlay Craft PC: Robert B. Craft | Liston Abramson LLP: Ronald Abramson | |
| Findlay Craft PC: Debra E. Gunter | Liston Abramson LLP: Mord M. Lewis | |

**5. Related Cases.**  Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal.  Do not include the originating case number(s) for this case.  Fed. Cir. R. 47.4(a)(5).  See also Fed. Cir. R. 47.5(b).

☐  None/Not Applicable                    ☐  Additional pages attached

| | | |
|---|---|---|
| Luminati Networks Ltd. v. BI Science (2009) Ltd., No. 2:19-cv-352 (E.D. Tex.) | BI Science (2009) Ltd. a/k/a BIScience Inc. v. Luminati Networks Ltd., IPR2020-00166 (PTAB) | |
| Luminati Networks Ltd. v. BI Science (2009) Ltd., No. 2:19-cv-397 (E.D. Tex.) | BI Science (2009) Ltd. a/k/a BIScience Inc. v. Luminati Networks Ltd., IPR2020-00167 (PTAB) | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑  None/Not Applicable                    ☐  Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

**RELIEF REQUESTED**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Defendant-Appellant BI Science (2009) Ltd. moves for a 14-day extension of time to file a petition for rehearing, from **October 13, 2023**, to **October 27, 2023**. BI Science previously filed unopposed motions for extensions of time to file its blue brief, yellow brief, and petition for rehearing, all of which were granted. *See* Dkt. Nos. 24, 26, 28, 79, and 131. Those extensions totaled 56 days. Due to extenuating circumstances, this extension request is filed after the preferred seven days before the date sought to be extended. It is Defendants' sixth motion for an extension of time in this appeal.

**STATEMENT OF CONSENT**

Counsel for Plaintiff Cross-Appellant Bright Data Ltd., has indicated that Bright Data does not oppose BI Science's requested 14-day extension.

**ARGUMENT**

As set forth in the accompanying declaration of BI Science's principal counsel, Michael Charish, attached as Exhibit A, extraordinary circumstances justify a 14-day extension three days prior to the **October 13, 2023** deadline we seek to extend. BI Science's principal counsel is based in Israel, where war broke out this past weekend. The associated circumstances have limited and will continue to limit counsel's ability to devote the necessary time to the preparation of

Appellant's petition for rehearing without the requested extension. These

circumstances could not have been anticipated by counsel in time for the seven-day

notice requested by the Court for such matters, as the attacks began on Saturday,

October 7. Charish Decl. ¶ 3.

## CONCLUSION

For the foregoing reasons, BI Science respectfully requests a 14-day

extension of time, to and including **October 27, 2023**, to file its petition for

rehearing.

Dated:  October 10, 2023

Michael A. Charish
**Charish Law Group, P.C.**
347 Fifth Avenue, Suite 1402
New York, NY 10016
646.328.0183

Respectfully submitted,

 */s/ William H. Milliken*
John Christopher Rozendaal
William H. Milliken
**Sterne Kessler Goldstein & Fox
PLLC**
1101 K Street, NW
Washington, DC 20005
202.371.2600

*Counsel for Appellant
BI Science (2009) Ltd.*

# EXHIBIT A

Nos. 2020-2118, -2181, 2021-1664, -1667

# United States Court of Appeals
# for the Federal Circuit

BRIGHT DATA LTD.,

*Plaintiff-Cross-Appellant*,

*v.*

BI SCIENCE (2009) LTD.,

*Defendant-Appellant*

BI SCIENCE INC.,

*Defendant.*

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap

## DECLARATION OF MICHAEL CHARISH IN SUPPORT OF PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING

Michael A. Charish
**Charish Law Group, P.C.**
347 Fifth Avenue, Suite 1402
New York, NY 10016
646.328.0183

*Counsel for Appellant BI Science (2009) Ltd.*

Dated: October 10, 2023

I, Michael A. Charish, hereby declare:

1.      I am a director at Charish Law Group and am counsel for Defendant-Appellant BI Science (2009) Ltd. in this matter.

2.      I make this declaration in support of BI Science's motion for a second 14-day extension of time to file Defendant-Appellant's petition for rehearing, from October 13, 2023 to October 27, 2023. This is BI Science's sixth request for an extension. Extraordinary and unforeseen circumstances justify this requested extension for the reasons stated below.

3.      My colleagues and I are currently based in Israel, where war broke out over the weekend after Hamas's brutal surprise attack on the country on Saturday, October 7. The circumstances surrounding the war are severely limiting our ability to prepare the petition for rehearing. Among other challenges, the principal drafter of the petition has been virtually unable to work this week since one of his close relatives was identified as one of Hamas's victims. My colleagues and I collectively are contending with challenges including other acquaintances killed; code-red alerts; having children, friends, and relatives serving in the army; family and community needs; and general mental stress. We respectfully request the Court's patience during this difficult time.

4.      I contacted counsel for Plaintiff-Cross-Appellant Bright Data Ltd. to request agreement to this motion. Bright Data's counsel indicated that Plaintiff-

Cross-Appellant does not oppose the requested extension of time for BI Science to file its petition to file rehearing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 10, 2023                    /s/ Michael A. Charish

                                            Michael A. Charish

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:**  20-2118, -2181, 2021-1664, -1667

**Short Case Caption:**  Bright Data Ltd. v. BI Science (2009) Ltd.

> **Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑  the filing has been prepared using a proportionally-spaced typeface and includes  280  words.

☐  the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐  the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 10/10/2023

Signature:  /s/ William H. Milliken

Name:  William H. Milliken