NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRIGHT DATA LTD.,**
*Plaintiff-Cross-Appellant*

v.

**BI SCIENCE (2009) LTD.,**
*Defendant-Appellant*

**BI SCIENCE INC.,**
*Defendant*

---

2020-2118, 2020-2181, 2021-1664, 2021-1667

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00483-JRG, Chief Judge J. Rodney Gilstrap.

---

**ON PETITION FOR PANEL REHEARING**

---

Before PROST, SCHALL, and HUGHES, *Circuit Judges*.

PER CURIAM.

**O R D E R**

BI Science (2009) Ltd. filed a petition for panel rehearing.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The mandate of the court will issue November 22, 2023.

FOR THE COURT

November 15, 2023
Date

Jarrett B. Perlow
Clerk of Court